JONES DAY
HAROLD K. GORDON, ESQ.
(*pro hac vice* forthcoming)
hkgordon@jonesday.com
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

JONES DAY
RANDALL E. KAY, ESQ.
(*pro hac vice* forthcoming)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1139
Facsimile: (844) 345-3178

JONES DAY
ANNA E. RAIMER, ESQ.
(*pro hac vice* forthcoming)
aeraimer@jonesday.com
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3786
Facsimile: (832) 239-3600

*Attorneys for Defendants*
*Light & Wonder, Inc., LNW Gaming, Inc.,*
*and SciPlay Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants, | CASE NO.: 2:24-cv-00382-GMN-MDC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty. Ltd. ("Plaintiffs") and Defendants Light & Wonder, Inc., LNW Gaming, Inc. and SciPlay Corporation ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, that Defendants shall have an additional 21 days to answer or otherwise respond to the Complaint (ECF No. 1).  Defendants' original response deadline

1

is March 19, 2024.  With an additional 21 days, Defendants' deadline to answer or otherwise respond to the Complaint is extended to April 9, 2024.

Good cause exists for the extension set forth herein.  First, Defendants require additional time to prepare a response to Plaintiffs' Complaint.  Second, in addition to preparing a response to the Complaint, Defendants must respond to Plaintiffs' Motion for Expedited Discovery (ECF No. 3) by March 12, 2024.  Third, the interests of efficiency would be served by granting the parties sufficient time to meet and confer on a reasonable approach and briefing schedule for any motions to be presented to the Court in response to the Complaint.

This is the first extension requested for Defendants to respond to the Complaint and is not made for the purpose of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 5th day of March, 2024 | DATED this 5th day of March, 2024 |
| CAMPBELL & WILLIAMS | HOLLEY DRIGGS LTD |
| By /s/ *Philip R. Erwin* <br> PHILIP R. ERWIN, ESQ. (11563) <br> 710 South Seventh Street <br> Las Vegas, Nevada 89101 | By /s/ *Jason D. Smith* <br> NICHOLAS J. SANTORO, ESQ. (532) <br> JASON D. SMITH, ESQ (9691) <br> 300 South Fourth Street, Suite 1600 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Plaintiff* |
| JONES DAY <br><br> HAROLD K. GORDON, ESQ. <br> (*pro hac vice* forthcoming) <br> RANDALL E. KAY, ESQ. <br> (*pro hac vice* forthcoming) <br> ANNA E. RAIMER, ESQ. <br> (*pro hac vice* forthcoming) | COVINGTON & BURLING LLP <br><br> PETER A. SWANSON, ESQ. <br> (*pro hac vice* forthcoming) <br> GARY M. RUBMAN, ESQ. <br> (*pro hac vice* forthcoming) <br> SIMEON BOTWINICK, ESQ. <br> (*pro hac vice* forthcoming) <br> ZIWEI SONG, ESQ. <br> (*pro hac vice* forthcoming) |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED:  3-7-24