**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br> Plaintiff(s), <br><br> vs. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLA Y CORPORATION, <br> Defendant(s). | Case #2:24-cv-00382- GMN-MDC <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $250.00 |

           Gary M. Rubman , Petitioner, respectfully represents to the Court:
           (name of petitioner)

1.     That Petitioner is an attorney at law and a member of the law firm of

           Covington & Burling LLP
           (firm name)

with offices at     One CityCenter, 850 10th St., NW ,
                    (street address)

    Washington  ,   District of Columbia  ,   20001  ,
      (city)                 (state)              (zip code)

    202-662-5465  ,   grubman@cov.com  .
(area code + telephone number)      (Email address)

2.     That Petitioner has been retained personally or as a member of the law firm by

    Aristocrat Technologies, Inc. & Aristocrat   to provide legal representation in connection with
          [client(s)] Technologies Australia Pty Ltd.

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since March 8, 2002 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Federal Circuit | July 6, 2009 | |
| U.S. District Court - District of Columbia | July 1, 2002 | 474964 |
| U.S. Court of Appeals for the Third Circuit | July 11, 2001 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> New York and District of Columbia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ~~STATE~~ District OF Columbia )
                                         )
COUNTY OF _____ )

_Gary Rubman_, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

5th day of March, 2024.

_Melody E. Volkman_
Notary Public or Clerk of Court

[Notary Seal: Melody E. Volkman, Notary Public, District of Columbia]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Jason D. Smith__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__300 S.4th Street, Suite 1600__,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)           (state)        (zip code)

__702.791.0308__, __jsmith@nevadafirm.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Jason D. Smith _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Meredith McKenzie
(party's signature)

Aristocrat Technologies, Inc. - Deputy CLO-IP, Litigation,
(type or print party name, title)   Non-Gaming Compliance

/s/ Anne Tucker
(party's signature)

Aristocrat Technologies Australia PTY Ltd. - Deputy CLO -
(type or print party name, title)   Group, M&A and ESG

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Jason D. Smith
Designated Resident Nevada Counsel's signature

9691                                jsmith@nevadafirm.com
Bar number                          Email address

APPROVED:

Dated: this __12__ day of __March__, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Gary M Rubman*

was duly qualified and admitted on March 8, 2002 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 24, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Gary Michael Rubman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 15, 2001,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on March 6, 2024.*

*Robert D. Mayberger*

Clerk of the Court

CertID-00163850



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022