1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ARISTOCRAT TECHNOLOGIES, INC., )
and ARISTOCRAT TECHNOLOGIES )
AUSTRALIA PTY LTD., )
        Plaintiff(s), )
)
   vs. )
LIGHT & WONDER, INC., LNW )
GAMING, INC., AND SCIENTIFIC )
GAMES, LLC, )
        Defendant(s). )
_____ )

Case #2:24-cv-00382-GMN-MDC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

      Ziwei Song, Petitioner, respectfully represents to the Court:
(name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

Covington & Burling LLP
(firm name)

with offices at 415 Mission Street, Suite 5400,
(street address)

San Francisco, California, 94105-2533,
(city) (state) (zip code)

(415) 591-6000, ksong@cov.com.
(area code + telephone number) (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 22, 2016 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Central District, California | 07/12/2018 | 313842 |
| USDC Southern District, California | 07/13/2018 | 313842 |
| USDC Eastern District, California | 07/16/2018 | 313842 |
| USDC Northern District, California | 07/17/2018 | 313842 |
| Ninth Circuit Court of Appeals | 07/26/2018 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)   None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

| (State "none" if Petitioner has never been denied admission.)   None. |
|---|

7. That Petitioner is a member of good standing in the following Bar Associations.

| (State "none" if Petitioner is not a member of other Bar Associations.)   California |
|---|

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Pennsylvania____ )
                              )
COUNTY OF _____Chester_____ )

_____Ziwei Song_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___7___ day of __MARCH__, _2024_

Commonwealth Of Pennsylvania - Notary Seal
Nygel R Randolph, Notary Public
Chester County
My Commission Expires February 17, 2025
Commission Number 1390793

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Jason D. Smith____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Holley Driggs Ltd., 300 S. 4th Street, Suite 1600____,
(street address)

____Las Vegas____, ____Nevada____, __89101__,
(city)           (state)          (zip code)

____(702) 791-0308____, ____jsmith@nevadafirm.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Jason D. Smith_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ *Meredith McKenzie*
(party's signature)

Aristocrat Technologies, Inc., Deputy CLO-IP, Litigation, Non-Gaming Compliance
(type or print party name, title)

/s/ *Anne Tucker*
(party's signature)

Aristocrat Technologies Australia PTY Ltd., Deputy CLO-Group, M&A and ESG
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Jason D. Smith*
Designated Resident Nevada Counsel's signature

9691                                    jsmith@nevadafirm.com
Bar number                              Email address

APPROVED:

Dated: this __12__ day of ____March____, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ZIWEI SONG*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ZIWEI SONG, #313842, was on the 22nd day of December 2016 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 8th day of March 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
T. Ma Deputy Clerk