NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
**HOLLEY DRIGGS LTD**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308
Email: nsantoro@nevadafirm.com
       jsmith@nevadafirm.com

PETER A. SWANSON
(*pro hac vice*)
GARY M. RUBMAN
(*pro hac vice*)
SIMEON BOTWINICK
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
       grubman@cov.com
       sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs Aristocrat Technologies, Inc.
and Aristocrat Technologies Australia Pty Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants. | Civil Case No.: 2:24-cv-00382-GMN-MDC <br><br> **PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO LIFT STAY OF DISCOVERY AND ORDER DISCOVERY ON MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (collectively, "Aristocrat") respectfully submit this short reply in support of their motion to lift the stay of discovery and order production of certain documents related to Aristocrat's request for a preliminary injunction on its trade secret claims (ECF No. 55) (the "Discovery Motion").

After Aristocrat filed the Discovery Motion, the Court ordered that further briefing on Aristocrat's preliminary injunction motion would be deferred until Defendants' ("L&W's") motion to dismiss is resolved. *See* ECF No. 61. In light of this ruling, Aristocrat withdraws its request in the Discovery Motion that the Court lift the discovery stay.

Like the preliminary injunction motion, however, resolution of the Discovery Motion should await the Court's decision on the motion to dismiss. Should the Court decline to dismiss the trade secret claims, the stay will be lifted, and discovery will proceed, at least as to those claims, and briefing will resume on the preliminary injunction motion. In that event, L&W should be required to make a prompt production of the six categories of documents requested in the Discovery Motion (the "Requested Documents"). As explained in the Discovery Motion, this targeted discovery is highly relevant to the preliminary injunction motion and would not impose an undue burden on L&W to collect and produce. *See* ECF No. 55 at 7–11. Accordingly, if the Court denies L&W's motion to dismiss the trade secret claims (or if the Court otherwise lifts the stay), the Court should order L&W to produce these critical documents without further delay.

L&W's opposition to the Discovery Motion (ECF No. 62) does not deny the relevance of the Requested Documents to Aristocrat's trade secret claims and its pending preliminary injunction motion. Indeed, L&W barely addresses the Requested Documents at all, instead spending the bulk of the opposition arguing that "discovery should remain stayed until the resolution of L&W's Motion to Dismiss." ECF No. 62 at 5. That objection is moot given that, as stated above, Aristocrat no longer seeks to lift the stay in connection with the Discovery Motion.[1]

---

[1] Aristocrat timely filed objections to the stay order. ECF No. 60. Unlike the Discovery Motion, those objections do not seek to lift the stay based on the filing of the preliminary injunction motion, but rather they concern whether the stay should have been granted in the first place. Aristocrat maintains its objections to the stay order.

Accordingly, Aristocrat respectfully requests that the Court (1) hold the Discovery Motion in abeyance pending the Court's ruling on the motion to dismiss and (2) if the Court declines to dismiss the trade secret claims or otherwise lifts the discovery stay, order L&W to produce the Requested Documents within 10 days of the ruling on the motion to dismiss or the lifting of the stay.

June 14, 2024

/s/ *Jason D. Smith*
NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
**HOLLEY DRIGGS LTD**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308
Email: nsantoro@nevadafirm.com
         jsmith@nevadafirm.com

PETER SWANSON
(*pro hac vice*)
GARY RUBMAN
(*pro hac vice*)
SIMEON BOTWINICK
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW, Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
         grubman@cov.com
         sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.*