JONES DAY
HAROLD K. GORDON, ESQ.
(*pro hac vice*)
hkgordon@jonesday.com
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

JONES DAY
RANDALL E. KAY, ESQ.
(*pro hac vice*)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1139
Facsimile: (844) 345-3178

JONES DAY
ANNA E. RAIMER, ESQ.
(*pro hac vice*)
aeraimer@jonesday.com
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3786
Facsimile: (832) 239-3600

*Attorneys for Defendants*
*Light & Wonder, Inc., LNW Gaming, Inc.,*
*and SciPlay Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs, <br> vs. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants. | CASE NO.: 2:24-cv-00382-GMN-MDC <br><br> **JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **(FIRST REQUEST)** |

Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty. Ltd. (collectively, "Aristocrat") and Defendants Light & Wonder, Inc., LNW Gaming, Inc. and SciPlay Corporation (collectively, "L&W") (together with Aristocrat, the "Parties"), by and through their undersigned counsel of record, jointly move for a one-day extension to submit a mutually agreeable briefing schedule for Plaintiffs' pending Motion for Preliminary Injunction. On June 24, 2024, the

1

Court granted in part and denied in part L&W's Motion to Dismiss and directed the Parties to submit a mutually agreeable briefing schedule for Plaintiffs' pending Motion for Preliminary Injunction by July 1, 2024. ECF No. 65. With the additional day, the Parties' deadline would be extended to July 2, 2024.

Good cause exists for the extension set forth herein. The Parties are engaged in negotiations relating to Plaintiffs' pending Motion for Preliminary Injunction. Because the Parties are continuing to meet-and-confer and are hopeful that they will be able to come to an agreement on a mutually agreeable briefing schedule by tomorrow, the Parties submit that good cause exists to support the requested one-day extension.

This is the first extension requested for the Parties to submit a mutually agreeable briefing schedule for Plaintiffs' pending Motion for Preliminary Injunction and is not made for the purpose of delay.

| | |
|---|---|
| DATED this 1st day of July, 2024 | DATED this 1st day of July, 2024 |
| CAMPBELL & WILLIAMS | HOLLEY DRIGGS LTD |
| By /s/ Philip R. Erwin<br>PHILIP R. ERWIN, ESQ. (11563)<br>710 South Seventh Street<br>Las Vegas, Nevada 89101 | By /s/ Peter A. Swanson<br>NICHOLAS J. SANTORO, ESQ. (532)<br>JASON D. SMITH, ESQ (9691)<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* |
| JONES DAY | |
| HAROLD K. GORDON, ESQ.<br>(*pro hac vice* forthcoming)<br>RANDALL E. KAY, ESQ.<br>(*pro hac vice* forthcoming)<br>ANNA E. RAIMER, ESQ.<br>(*pro hac vice* forthcoming) | COVINGTON & BURLING LLP<br><br>PETER A. SWANSON, ESQ.<br>(*pro hac vice* forthcoming)<br>GARY M. RUBMAN, ESQ.<br>(*pro hac vice* forthcoming)<br>SIMEON BOTWINICK, ESQ.<br>(*pro hac vice* forthcoming)<br>ZIWEI SONG, ESQ.<br>(*pro hac vice* forthcoming) |

IT IS SO ORDERED.

Dated this 2nd day of July, 2024

_____
Gloria M. Navarro, USDJ

2

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____