NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
**HOLLEY DRIGGS LTD**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308
Email: nsantoro@nevadafirm.com
   jsmith@nevadafirm.com

PETER A. SWANSON
(*pro hac vice*)
GARY M. RUBMAN
(*pro hac vice*)
SIMEON BOTWINICK
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
   grubman@cov.com
   sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs Aristocrat Technologies, Inc.*
*and Aristocrat Technologies Australia Pty Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD.,<br><br>               Plaintiffs,<br><br>     v.<br><br>LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION,<br><br>               Defendants. | Civil Case No.: 2:24-cv-00382-GMN-MDC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR BRIEFING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to the Court's June 24, 2024 order (ECF No. 65), Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (together, "Aristocrat") and Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation (together, "L&W") have met and conferred and agree, subject to the Court's approval, to the following briefing schedule for Aristocrat's pending motion for preliminary injunction (ECF No. 52):

- L&W will file its opposition by **July 29, 2024**
- Aristocrat will file its reply by **August 19, 2024**

The parties have agreed to this proposed schedule based on their respective representations regarding the production of certain documents responsive to their discovery requests.

DATED: July 2, 2024                                Respectfully submitted,

| For Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. | For Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation |
|---|---|
| /s/ *Jason D. Smith* | /s/ *Philip R. Erwin* |
| NICHOLAS J. SANTORO (Nevada Bar No. 532) JASON D. SMITH (Nevada Bar No. 9691) **HOLLEY DRIGGS LTD** 300 South 4th Street, Suite 1600 Las Vegas, Nevada 89101 Tel.: (702) 791-0308 Email: nsantoro@nevadafirm.com          jsmith@nevadafirm.com | PHILIP R. ERWIN, ESQ. (11563) **CAMPBELL & WILLIAMS** 710 South Seventh Street Las Vegas, Nevada 89101 Tel: (702) 382-5222 Email: pre@cwlawlv.com |
| PETER SWANSON (*pro hac vice*) GARY RUBMAN (*pro hac vice*) SIMEON BOTWINICK (*pro hac vice*) **COVINGTON & BURLING LLP** One CityCenter 850 Tenth Street, NW, Washington, DC 20001 Tel.: (202) 662-6000 Email: pswanson@cov.com | HAROLD K. GORDON, ESQ. **JONES DAY** (*pro hac vice*) 250 Vesey Street New York, New York 10281 Tel: (212) 326-3939 Email: hkgordon@jonesday.com  RANDALL E. KAY, ESQ. (*pro hac vice*) **JONES DAY** 4655 Executive Drive, Suite 1500 San Diego, California 92121 Tel: (858) 314-1139 Email: rekay@jonesday.com |

- 1 -

grubman@cov.com
sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

ANNA E. RAIMER, ESQ.
(*pro hac vice*)
**JONES DAY**
717 Texas Street, Suite 3300
Houston, Texas 77002
Tel: (832) 239-3786
Email: aeraimer@jonesday.com

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 3, 2024