JONES DAY
HAROLD K. GORDON, ESQ.
(*pro hac vice*)
hkgordon@jonesday.com
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

JONES DAY
RANDALL E. KAY, ESQ.
(*pro hac vice*)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1139
Facsimile: (844) 345-3178

JONES DAY
ANNA E. RAIMER, ESQ.
(*pro hac vice*)
aeraimer@jonesday.com
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3786
Facsimile: (832) 239-3600

*Attorneys for Defendants*
*Light & Wonder, Inc., LNW Gaming, Inc.,*
*and SciPlay Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD.,<br><br>Plaintiffs,<br>vs.<br><br>LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION,<br><br>Defendants, | CASE NO.:  2:24-cv-00382-GMN-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty. Ltd. ("Plaintiffs") and Defendants Light & Wonder, Inc., LNW Gaming, Inc. and SciPlay Corporation ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, that Defendants shall have an additional 10 days to file their Partial Motion to Dismiss the third cause of action for trade dress infringement in Plaintiffs'

1

Amended Complaint (ECF No. 72). Defendants' original response deadline is July 29, 2024. With an additional 10 days, Defendants' deadline to file their Partial Motion to Dismiss is extended to August 8, 2024.

IT IS FURTHER STIPULATED AND AGREED between the Parties that Defendants shall have an additional 14 days to answer the allegations and causes of action in the Amended Complaint (ECF No. 72) that are not the subject of their forthcoming Partial Motion to Dismiss. Defendants' original response deadline is July 29, 2024. With an additional 14 days, Defendants' deadline to file their Answer to Plaintiffs' Amended Complaint is extended to August 12, 2024.

Good cause exists for the extension set forth herein. First, Defendants require additional time to prepare their forthcoming Partial Motion to Dismiss and Answer to Plaintiffs' Amended Complaint. Second, in addition to preparing the Partial Motion to Dismiss and Answer, Defendants must respond to Plaintiffs' Motion for Preliminary Injunction by July 29, 2024 (ECF Nos. 52, 70).

This is the first extension requested for Defendants to respond to the Amended Complaint and is not made for the purpose of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 25th day of July, 2024 | DATED this 25th day of July, 2024 |
| CAMPBELL & WILLIAMS | HOLLEY DRIGGS LTD |
| By /s/ *Philip R. Erwin* <br> PHILIP R. ERWIN, ESQ. (11563) <br> 710 South Seventh Street <br> Las Vegas, Nevada 89101 | By /s/ *Jason D. Smith* <br> NICHOLAS J. SANTORO, ESQ. (532) <br> JASON D. SMITH, ESQ (9691) <br> 300 South Fourth Street, Suite 1600 <br> Las Vegas, Nevada 89101 |
| JONES DAY <br><br> HAROLD K. GORDON, ESQ. <br> (*pro hac vice*) <br> RANDALL E. KAY, ESQ. <br> (*pro hac vice*) <br> ANNA E. RAIMER, ESQ. <br> (*pro hac vice* ) <br><br> *Attorneys for Defendants* | COVINGTON & BURLING LLP <br><br> PETER A. SWANSON, ESQ. <br> (*pro hac vice*) <br> GARY M. RUBMAN, ESQ. <br> (*pro hac vice*) <br> SIMEON BOTWINICK, ESQ. <br> (*pro hac vice*) <br> *Attorneys for Plaintiffs* |

2

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 07-26-24

3