NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
**HOLLEY DRIGGS LTD**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308
Email:   nsantoro@nevadafirm.com
         jsmith@nevadafirm.com

PETER A. SWANSON
(*pro hac vice*)
GARY M. RUBMAN
(*pro hac vice*)
SIMEON BOTWINICK
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.:  (202) 662-6000
Email:   pswanson@cov.com
         grubman@cov.com
         sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants. | Civil Case No. 2:24-cv-00382-GMN-MDC <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

1   IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Aristocrat
2  Technologies, Inc. and Aristocrat Technologies Australia Pty. Ltd. ("Plaintiffs") and Defendants
3  Light & Wonder, Inc., LNW Gaming, Inc. and SciPlay Corporation ("Defendants") (collectively,
4  the "Parties"), by and through their undersigned counsel of record, that Plaintiffs shall have an
5  additional eight days to file their Opposition to Defendants' Partial Motion to Dismiss (ECF No.
6  85). Plaintiffs' original response deadline is August 22, 2024. With an additional eight days,
7  Plaintiffs' deadline to file their Opposition to Defendants' Partial Motion to Dismiss is extended
8  to August 30, 2024.

9   Good cause exists for the extension set forth herein in view of other deadlines in this matter.
10  In particular, Plaintiffs' reply in support of their Motion for Preliminary Injunction was due on
11  August 19, 2024, and Plaintiffs' reply in support of their Motion for Leave to Submit Supplemental
12  Evidence and Briefing in Support of Plaintiffs' Motion for Preliminary Injunction is due on August
13  23, 2024.

14  / / /
15  / / /
16  / / /

This is the first extension requested for Plaintiffs to oppose the Partial Motion to Dismiss and is not made for the purpose of delay.

IT IS SO STIPULATED this 19th day of August, 2024.

| For Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. | For Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation |
|---|---|
| */s/ Jason D. Smith* <br> NICHOLAS J. SANTORO (NBN 532) <br> JASON D. SMITH (NBN 9691) <br> **HOLLEY DRIGGS LTD** <br> 300 South 4th Street, Suite 1600 <br> Las Vegas, Nevada 89101 <br> Tel.: (702) 791-0308 <br> Email:  nsantoro@nevadafirm.com <br>              jsmith@nevadafirm.com <br><br> PETER A. SWANSON (*pro hac vice*) <br> GARY M. RUBMAN (*pro hac vice*) <br> SIMEON BOTWINICK (*pro hac vice*) <br> **COVINGTON & BURLING LLP** <br> One CityCenter <br> 850 Tenth Street, NW, Washington, DC 20001 <br> Tel.: (202) 662-6000 <br> Email:  pswanson@cov.com <br>             grubman@cov.com <br>             sbotwinick@cov.com <br><br> ZIWEI SONG <br> (*pro hac vice*) <br> **COVINGTON & BURLING LLP** <br> Salesforce Tower <br> 415 Mission Street, Suite 5400 <br> San Francisco, CA 94105-2533 <br> Tel.: (415) 591-6000 <br> Email: ksong@cov.com <br><br> *Attorneys for Plaintiffs* | */s/ Philip R. Erwin* <br> PHILIP R. ERWIN, ESQ. (NBN 11563) <br> **CAMPBELL & WILLIAMS** <br> 710 South Seventh Street <br> Las Vegas, Nevada 89101 <br> Tel: (702) 382-5222 <br> Email: pre@cwlawlv.com <br><br> HAROLD K. GORDON, ESQ. (*pro hac vice*) <br> **JONES DAY** <br> 250 Vesey Street <br> New York, New York 10281 <br> Tel: (212) 326-3939 <br> Email: hkgordon@jonesday.com <br><br> RANDALL E. KAY, ESQ. (*pro hac vice*) <br> **JONES DAY** <br> 4655 Executive Drive, Suite 1500 <br> San Diego, California 92121 <br> Tel: (858) 314-1139 <br> Email: rekay@jonesday.com <br><br> ANNA E. RAIMER, ESQ. (*pro hac vice*) <br> **JONES DAY** <br> 717 Texas Street, Suite 3300 <br> Houston, Texas 77002 <br> Tel: (832) 239-3786 <br> Email: aeraimer@jonesday.com <br><br> *Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 20, 2024