JONES DAY
HAROLD K. GORDON, ESQ.
(*pro hac vice*)
hkgordon@jonesday.com
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

JONES DAY
RANDALL E. KAY, ESQ.
(*pro hac vice*)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1139
Facsimile: (844) 345-3178

JONES DAY
ANNA E. RAIMER, ESQ.
(*pro hac vice*)
aeraimer@jonesday.com
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3786
Facsimile: (832) 239-3600

*Attorneys for Defendants*
*Light & Wonder, Inc., LNW Gaming, Inc.,*
*and SciPlay Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD.,<br><br>Plaintiffs,<br>vs.<br><br>LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION,<br><br>Defendants, | CASE NO.: 2:24-cv-00382-GMN-MDC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS (ECF NO. 85)**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty. Ltd. ("Plaintiffs") and Defendants Light & Wonder, Inc., LNW Gaming, Inc. and SciPlay Corporation ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, that Defendants shall have an additional 7 days to

1

file their Reply in Support of Partial Motion to Dismiss (ECF No. 85) (the "Reply"). Defendants' original deadline to file the Reply is September 6, 2024. With an additional 7 days, Defendants' deadline to file the Reply is extended to September 13, 2024.

Good cause exists for the extension set forth herein. First, pursuant to the Court's Order (ECF No. 100), Defendants' Sur-Reply in response to Plaintiffs' Motion for Preliminary Injunction (ECF No. 80) is due on September 5, 2024. Second, in addition to preparing the Sur-Reply, Defendants must respond to Plaintiffs' First Set of Requests for Admission and Third Set of Interrogatories on September 6, 2024.

This is the first extension requested for Defendants to file the Reply and is not made for the purpose of delay.

IT IS SO STIPULATED.

DATED this 3rd day of September, 2024

CAMPBELL & WILLIAMS

By /s/ *Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101

JONES DAY

HAROLD K. GORDON, ESQ.
(*pro hac vice*)
RANDALL E. KAY, ESQ.
(*pro hac vice*)
ANNA E. RAIMER, ESQ.
(*pro hac vice*)

*Attorneys for Defendants*

DATED this 3rd day of September, 2024

HOLLEY DRIGGS LTD

By /s/ *Jason D. Smith*
NICHOLAS J. SANTORO, ESQ. (532)
JASON D. SMITH, ESQ (9691)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

COVINGTON & BURLING LLP

PETER A. SWANSON, ESQ.
(*pro hac vice*)
GARY M. RUBMAN, ESQ.
(*pro hac vice*)
SIMEON BOTWINICK, ESQ.
(*pro hac vice*)

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated this __4__ day of September, 2024.

_____
Gloria M. Navarro
United States District Judge

2