1  NICHOLAS J. SANTORO
   (Nevada Bar No. 532)
2  JASON D. SMITH
   (Nevada Bar No. 9691)
3  TYLER B. THOMAS
   (Nevada Bar No. 16637)
4  **HOLLEY DRIGGS LTD**
   300 South 4th Street, Suite 1600
5  Las Vegas, Nevada 89101
   Tel.: (702) 791-0308
6  Email: nsantoro@nevadafirm.com
           jsmith@nevadafirm.com
7          tthomas@nevadafirm.com

8  PETER A. SWANSON                              ZIWEI SONG
   (*pro hac vice*)                              (*pro hac vice*)
9  GARY M. RUBMAN                                **COVINGTON & BURLING LLP**
   (*pro hac vice*)                              Salesforce Tower
10 SIMEON BOTWINICK                              415 Mission Street, Suite 5400
   (*pro hac vice*)                              San Francisco, CA 94105-2533
11 **COVINGTON & BURLING LLP**                   Tel.: (415) 591-6000
   One CityCenter                                Email: ksong@cov.com
12 850 Tenth Street, NW
   Washington, DC 20001
13 Tel.: (202) 662-6000
   Email: pswanson@cov.com
14         grubman@cov.com
           sbotwinick@cov.com
15

*Attorneys for Plaintiffs Aristocrat Technologies, Inc.*
*and Aristocrat Technologies Australia Pty Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., | Civil Case No.: 2:24-cv-00382-GMN-MDC |
| Plaintiffs/Counterclaim-Defendants, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, | **(FIRST REQUEST)** |
| Defendants/Counterclaim-Plaintiffs. | |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (collectively, "Plaintiffs") and Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation (collectively, "Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree to extend the deadline to submit the Discovery Plan and Scheduling Order ("DPSO") by 21 days as follows:

1. On April 30, 2024, Defendants filed a Motion to Stay Discovery. ECF No. 41.

2. On May 3, 2024, the parties submitted a Stipulated Discovery Plan and Scheduling Order (seeking special scheduling review). ECF No. 44. The parties' submission provided competing proposed schedules and sought the Court's guidance on a discovery schedule for the case.

3. On May 21, 2024, the Court granted the Defendants' Motion to Stay and denied the Stipulated Discovery Plan and Scheduling Order. ECF No. 51.

4. On May 24, 2024, Plaintiffs filed a motion to lift the stay of discovery. ECF No. 55.

5. On June 24, 2024, the Court (among other relief provided for therein) ordered the stay of discovery lifted in light of the Court's disposition of the pending motion to dismiss. ECF No. 65. In the same order, the Court also denied Plaintiffs' motion to lift stay as moot. *Id.*

6. On July 15, 2024, Plaintiffs filed their First Amended Complaint (consistent with the Court's order disposing of Defendants' motion to dismiss). ECF No. 72.

7. On August 8, 2024, Defendants filed a partial motion to dismiss the First Amended Complaint. ECF No. 75l.

8. On August 12, 2024, Defendants filed an Answer to First Amended Complaint and Counterclaims. ECF No. 87. In the CM/ECF notice accompanying Defendants' August 12, 2024 filing, the minutes identify a September 26, 2024 deadline to file a discovery plan/scheduling order.

9. Since the Court's June 26 order, the parties have been engaging in discovery. The parties have also been involved in briefing, oral argument, and related matters to Plaintiffs' motion for preliminary injunction (ECF No. 52) and Defendants' partial motion to dismiss (ECF No. 85).

10. In light of the procedural posture of the case having changed since May 3, 2024 (when the parties submitted the first stipulated discovery plan and scheduling order), the parties request the Court's permission to further meet and confer regarding a discovery plan and scheduling order, present a first amended stipulated discovery plan and scheduling order, and to submit the same to the Court within 21 days of the date of entry of order upon this stipulation.

11. The parties submit that good cause exists for this proposed extension so that the parties can present a revised proposal to this Court and properly move the case forward with a scheduling order from the Court.

**IT IS SO STIPULATED.**

DATED this 27th day of September 2024.

**HOLLEY DRIGGS**

/s/ *Jason D. Smith*
NICHOLAS J. SANTORO (NBN 532)
JASON D. SMITH (NBN 9691)
TYLER B. THOMAS (NBN 16637)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
          jsmith@nevadafirm.com
          tthomas@nevadafirm.com

PETER A. SWANSON (*pro hac vice*)
GARY M. RUBMAN (*pro hac vice*)
SIMEON BOTWINICK (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
          grubman@cov.com
          sbotwinick@cov.com

ZIWEI SONG (*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

DATED this 27th day of September 2024.

**CAMPBELL & WILLIAMS**

/s/ *Philip R. Erwin*
PHILIP R. ERWIN (NBN 11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (7020) 382-5222 / Fax: (702) 271-0540
Email: pre@cwlawlv.com

**JONES DAY**
HAROLD K. GORDON (*pro hac vice*)
RANDALL E. KAY (*pro hac vice*)
ANNA E. RAIMER (*pro hac vice*)
Email: hkgordon@jonesday.com
          rekay@jonesday.com
          aeraimer@jonesday.com

*Attorneys for Defendants Light & Wonder, Inc. and LNW Gaming, Inc.*

*Attorneys for Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.*

**ORDER**

IT IS SO ORDERED that the deadline to submit a revised Discovery Plan and Scheduling Order is October 17, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 09-30-24