| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 16 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD.,

        Plaintiff-ctr-defendants - Appellees,

  v.

LIGHT & WONDER, INC.; et al.,

        Defendant-ctr-claimants - Appellants.

No. 24-5904

D.C. No. 2:24-cv-00382-GMN-MDC
District of Nevada, Las Vegas

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 7), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator