NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 938-8648
Email: nsantoro@spencerfane.com
       jdsmith@spencerfane.com
       tbthomas@spencerfane.com

PETER A. SWANSON
(*pro hac vice*)
GARY M. RUBMAN
(*pro hac vice*)
SIMEON BOTWINICK
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
       grubman@cov.com
       sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs Aristocrat Technologies, Inc.
and Aristocrat Technologies Australia Pty Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants/Counterclaim-Plaintiffs. | Civil Case No.: 2:24-cv-00382-GMN-MDC <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' EMERGENCY MOTION FOR PARTIAL MODIFICATION OF PRELIMINARY INJUNCTION ORDER** |

Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (collectively, "Aristocrat") respectfully submit this brief in response to Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation's (collectively, "L&W") emergency motion for partial modification of the Court's preliminary injunction order. ECF No. 150.

Aristocrat does not oppose L&W's requested two-week extension, limited as L&W proposes, on the condition that L&W provide an accounting by the close of October 23 of the responsive documents identified by that date. Through email correspondence between counsel for the parties after L&W filed its motion, L&W has agreed to that condition.[1]

Apart from the investigation and disclosure requirements of the preliminary injunction order, Aristocrat has been attempting to engage with L&W on other high-priority discovery issues related to Aristocrat's trade secret claims, including discovery relating to L&W's public statements that it is "working actively" developing a new version of Dragon Train (which L&W has called "Dragon Train 2.0"), which it describes as a "very high priority" that it is "working quickly to get . . . out."[2] L&W, however, has largely rebuffed Aristocrat's efforts to resolve these discovery issues without the Court's assistance, and has suggested that L&W will not engage on discovery in any meaningful way until sometime after October 23.

Concerned that L&W would use the extension of this deadline to refuse discussion of discovery issues until after November 6, Aristocrat asked L&W if this was its intent. L&W declined to answer this question. Aristocrat submits that the requested extension, if granted, should not allow L&W to refuse to engage with Aristocrat on discovery.

Dated:  October 21, 2024                                  /s/   Jason D. Smith

---

[1] During the meet-and-confer process, counsel for L&W indicated that the requested extension might encompass more than L&W's compliance with the requirements set forth at 20:19–20 and 20:24–21:3 of the preliminary injunction order (*e.g.*, the withdrawal of certain remaining Dragon Train installations), and L&W did not provide many of the details contained in its motion as to why it needed the extension. Without a clear understanding of the scope of the requested extension and the supporting reasons, Aristocrat was unable to take a position on the extension.

[2] *See* Statement of Matt Wilson, L&W President and CEO, *available at* https://d18rn0p25nwr6d.cloudfront.net/CIK-0000750004/8e60ac80-6bb9-4dfa-9300-bae0981bda1f.pdf.

|   |   |
|---|---|
| 1 |   |
| 2 | NICHOLAS J. SANTORO |
|   | (Nevada Bar No. 532) |
| 3 | JASON D. SMITH |
|   | (Nevada Bar No. 9691) |
| 4 | TYLER B. THOMAS |
|   | (Nevada Bar No. 16637) |
| 5 | **SPENCER FANE LLP** |

NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 938-8648
Email:  nsantoro@spencerfane.com
             jdsmith@spencerfane.com
             tbthomas@spencerfane.com

PETER SWANSON
(*pro hac vice*)
GARY RUBMAN
(*pro hac vice*)
SIMEON BOTWINICK
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.:  (202) 662-6000
Email:  pswanson@cov.com
             grubman@cov.com
             sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email:  ksong@cov.com

*Attorneys for Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.*