JONES DAY
HAROLD K. GORDON, ESQ.
(*pro hac vice*)
hkgordon@jonesday.com
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

SUSMAN GODFREY
NEAL S. MANNE, ESQ.
(*pro hac vice*)
nmanne@susmangodfrey.com
JOSEPH S. GRINSTEIN, ESQ.
(*pro hac vice*)
jgrinstein@susmangodfrey.com
ROCCO MAGNI, ESQ.
(*pro hac vice*)
rmagni@susmangodfrey.com
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Defendants*
*Light & Wonder, Inc., LNW Gaming, Inc.,*
*and SciPlay Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants. | CASE NO.: 2:24-cv-00382-GMN-MDC <br><br> **DEFENDANTS' SUPPLEMENTAL CERTIFICATION OF COMPLIANCE WITH PRELIMINARY INJUNCTION ORDER** |

1

Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation (collectively, "L&W") submit this Supplemental Certification of Compliance pursuant to the Court's Order Granting Preliminary Injunction (ECF No. 125, "Preliminary Injunction Order"), the Court's further Order dated September 27, 2024 (ECF No. 136, "Clarification Order"), and the Court's Order dated October 21, 2024 (ECF No. 152, "Partial Modification Order").

Based on the concurrently filed declarations of Siobhan Lane, Kevin Kealy, James Vaughn, and Harold Gordon, L&W hereby certifies that it is in compliance with the requirements of the Preliminary Injunction Order.

Dated: November 6, 2024

CAMPBELL & WILLIAMS

By: */s/ Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101

JONES DAY

HAROLD K. GORDON, ESQ.
(*pro hac vice*)

SUSMAN GODFREY

NEAL S. MANNE, ESQ.
(*pro hac vice*)
JOSEPH S. GRINSTEIN, ESQ.
(*pro hac vice*)
ROCCO MAGNI, ESQ.
(*pro hac vice*)

*Attorneys for Defendants
Light & Wonder, Inc., LNW Gaming, Inc.,
and SciPlay Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of November, 2024, I caused a true and correct copy of the foregoing **Defendants' Supplemental Certification of Compliance with Preliminary Injunction Order** to be served via the United States District Court CM/ECF system on all parties or persons requiring notice.

       /s/ *Philip R. Erwin*
       An employee of Campbell & Williams

## INDEX OF EXHIBITS

| Exhibit No. | Document | Page Nos. |
|---|---|---|
| - | Declaration of Siobhan Lane in Support of Defendants' Supplemental Certification of Compliance with Preliminary Injunction Order | 1 – 3 |
| - | Declaration of Kevin Kealy in Support of Defendants' Supplemental Certification of Compliance with Preliminary Injunction Order | 4 – 7 |
| - | Declaration of James Vaughn in Support of Defendants' Supplemental Certification of Compliance with Preliminary Injunction Order | 8 – 13 |
| Ex. A to J. Vaughn's Decl. | James D. Vaughn's Curriculum Vitae | 14 – 23 |
| - | Declaration of Harold Gordon in Support of Defendants' Supplemental Certification of Compliance with Preliminary Injunction Order | 24 – 26 |