NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
         jdsmith@spencerfane.com
         tbthomas@spencerfane.com

PETER A. SWANSON
(*pro hac vice*)
GARY M. RUBMAN
(*pro hac vice*)
SIMEON BOTWINICK
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
         grubman@cov.com
         sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs Aristocrat Technologies, Inc.
and Aristocrat Technologies Australia Pty Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants/Counterclaim-Plaintiffs. | Civil Case No.: 2:24-cv-00382-GMN-MDC <br><br> **NOTICE OF LOCAL COUNSEL FIRM NAME CHANGE** |

Local counsel for Plaintiffs/Counterclaim-Defendants Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd., Nicholas J. Santoro, Esq., Jason D. Smith, Esq., and Tyler B. Thomas, Esq., of the law firm HOLLEY DRIGGS, advise and give notice that Holley Driggs has changed its name to **SPENCER FANE LLP**.

Accordingly, please update all service lists and direct all future correspondence and documents as follows:

>Nicholas J. Santoro, Esq.
>Jason D. Smith, Esq.
>Tyler B. Thomas, Esq.
>**SPENCER FANE LLP**
>300 South Fourth Street, Suite 1600
>Las Vegas, Nevada 89101
>Telephone: (702) 408-3400
>Fax: (702) 938-8648
>Email: nsantoro@spencerfane.com
>         jdsmith@spencerfane.com
>         tbthomas@spencerfane.com

| Dated: November 9, 2024 | /s/  *Jason D. Smith* |
|---|---|
| | NICHOLAS J. SANTORO |
| | (Nevada Bar No. 532) |
| | JASON D. SMITH |
| | (Nevada Bar No. 9691) |
| | TYLER B. THOMAS |
| | (Nevada Bar No. 16637) |
| | **SPENCER FANE LLP** |
| | 300 South 4th Street, Suite 1600 |
| | Las Vegas, Nevada 89101 |
| | Tel.: (702) 408-3400 |
| | Email: nsantoro@spencerfane.com |
| | jdsmith@spencerfane.com |
| | tbthomas@spencerfane.com |
| | |
| | PETER SWANSON |
| | (*pro hac vice*) |
| | GARY RUBMAN |
| | (*pro hac vice*) |
| | SIMEON BOTWINICK |
| | (*pro hac vice*) |
| | **COVINGTON & BURLING LLP** |
| | One CityCenter |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

850 Tenth Street, NW, Washington, DC 20001
Tel.:  (202) 662-6000
Email:  pswanson@cov.com
               grubman@cov.com
               sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.*

- 2 -