NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
       jdsmith@spencerfane.com
       tbthomas@spencerfane.com

PETER A. SWANSON
(*pro hac vice*)
GARY M. RUBMAN
(*pro hac vice*)
SIMEON BOTWINICK
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.:  (202) 662-6000
Email:  pswanson@cov.com
        grubman@cov.com
        sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-Defendants
Aristocrat Technologies, Inc. and
Aristocrat Technologies Australia Pty Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs/Counterclaim-Defendants, <br> v. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants/Counterclaim-Plaintiffs. | Case No. 2:24-cv-00382-GMN-MDC <br><br> **MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION** |

Pursuant to LR IA 10-5 of the Local Rules of the District of Nevada, Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (collectively, "Aristocrat") respectfully move for leave to file under seal limited portions of Aristocrat's Motion to Enforce the Preliminary Injunction ("Motion") and certain material accompanying the Motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Sealing is warranted upon a showing of "compelling reasons" where, as here, the underlying motion is "more than tangentially related to the merits." *Ctr. for Auto Safety v. Chrysler Grp., LLC,* 809 F.3d 1092, 1102–03 (9th Cir. 2016) (applying sealing standard under *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006)). Compelling reasons "justify sealing court records" when publication of those records might "release trade secrets," *Kamakana*, 447 F.3d at 1179, or other "business information that might harm a litigant's competitive standing," *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978).

Exhibits A, B, C, D, E, F, G, H, I, K, L, M, N, and O to the Declaration of Peter Swanson in support of the Motion, and portions of the Motion and Declaration, may contain materials that Defendants ("L&W") designated as Confidential or Highly Confidential – Attorneys' Eyes Only under the Stipulated Protective Order, ECF No. 50. While Aristocrat is aware that such a designation alone does not warrant sealing, out of an abundance of caution, Aristocrat has filed these materials under seal to allow L&W an opportunity to present reasons, if any, for their sealing. Aristocrat takes no position on whether these materials should be sealed. Attached hereto are public versions of the Motion and Declaration that redact the portions in question.

Dated:  November 21, 2024         /s/ *Jason D. Smith*

NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101

Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
       jdsmith@spencerfane.com
       tbthomas@spencerfane.com

PETER SWANSON
(*pro hac vice*)
GARY RUBMAN
(*pro hac vice*)
SIMEON BOTWINICK
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW, Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
       grubman@cov.com
       sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-Defendants Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on this November 21, 2024, a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION** was electronically filed and served upon the parties registered for service with the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| Harold K. Gordon, Esq.<br>Randall E. Kay, Esq.<br>Anna E. Raimer, Esq.<br>JONES DAY<br>250 Vesey Street<br>New York, New York 10281<br>Email: hkgordon@jonesday.com<br>rekay@jonesday.com<br>aeraimer@jonesday.com | Neal S. Manne, Esq.<br>Joseph S. Grinstein, Esq.<br>Rocco Magni, Esq.<br>SUSMAN GODFREY<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002<br>Email: nmanne@susmangodfrey.com<br>jgrinstein@susmangodfrey.com<br>rmagni@susmangodfrey.com |

Philip R. Erwin, Esq.
CAMPBELL & WILLIAMS
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Email: pre@cwlawlv.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Light & Wonder, Inc., LNW Gaming, Inc. and SciPlay Corporation*

/s/ *Marissa Vallette*
An employee of SPENCER FANE LLP