JONES DAY
HAROLD K. GORDON, ESQ.
(*pro hac vice*)
hkgordon@jonesday.com
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

SUSMAN GODFREY
NEAL S. MANNE, ESQ.
(*pro hac vice*)
nmanne@susmangodfrey.com
JOSEPH S. GRINSTEIN, ESQ.
(*pro hac vice*)
jgrinstein@susmangodfrey.com
ROCCO MAGNI, ESQ.
(*pro hac vice*)
rmagni@susmangodfrey.com
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Defendants*
*Light & Wonder, Inc., LNW Gaming, Inc.,*
*and SciPlay Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD.,<br><br>Plaintiffs,<br>vs.<br><br>LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION,<br><br>Defendants, | CASE NO.: 2:24-cv-00382-GMN-MDC<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION (ECF NO. 159)**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty. Ltd. ("Plaintiffs") and Defendants Light & Wonder, Inc., LNW Gaming, Inc. and SciPlay Corporation ("Defendants") (collectively, the "Parties"), through their undersigned counsel of record, that Defendants shall have an additional 7 days to file their Opposition to Plaintiffs' Motion to Enforce Preliminary Injunction (ECF No. 159) (the

"Opposition"). Defendants' original deadline to file the Opposition is December 5, 2024. With the additional 7 days, Defendants' deadline to file the Opposition is extended to December 12, 2024.

IT IS FURTHER STIPULATED AND AGREED between the Parties that Plaintiffs shall have one additional day to file their Reply in Support of Plaintiffs' Motion to Enforce Preliminary Injunction (ECF No. 159) (the "Reply"). Accounting for the 7-day extension for Defendants to file the Opposition, Plaintiffs' original deadline to file the Reply will be December 19, 2024. With the one additional day, Plaintiffs' deadline to file the Reply will be extended to December 20, 2024.

Good cause exists for the extension set forth herein. Initially, Defendants require additional time to prepare their Opposition due to the Thanksgiving holiday. Additionally, the Parties require additional time to prepare their respective briefs given the complexity and number of issues presented in Plaintiffs' Motion to Enforce Preliminary Injunction.

This is the first extension requested in connection with Plaintiffs' Motion to Enforce Preliminary Injunction and is not made for the purpose of delay.

IT IS SO STIPULATED.

DATED this 25th day of November, 2024

CAMPBELL & WILLIAMS

By /s/ Philip R. Erwin
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101

JONES DAY

HAROLD K. GORDON, ESQ.
(pro hac vice)

SUSMAN GODFREY

NEAL S. MANNE, ESQ.
(pro hac vice)
JOSEPH S. GRINSTEIN, ESQ.
(pro hac vice)
ROCCO MAGNI, ESQ.
(pro hac vice)

*Attorneys for Defendants*

DATED this 25th day of November, 2024

SPENCER FANE LLP

By /s/ Peter A. Swanson
NICHOLAS J. SANTORO, ESQ. (532)
JASON D. SMITH, ESQ. (9691)
300 South Fourth Street, Suite 1600 Las Vegas, Nevada 89101

COVINGTON & BURLING LLP

PETER A. SWANSON, ESQ.
(pro hac vice)
GARY M. RUBMAN, ESQ.
(pro hac vice)
ZIWEI SONG, ESQ.
(pro hac vice)
SIMEON BOTWINICK, ESQ.
(pro hac vice)

*Attorneys for Plaintiffs*

IT IS SO ORDERED.
Dated this ___25___ day of November, 2024.

_____
United States District Judge

2