# EXHIBIT A

December 6, 2024 Email Between Plaintiffs' Counsel and Counsel for L&W

*FILED UNDER SEAL*

| | |
|---|---|
| **From:** | Andrew Nassar |
| **To:** | Swanson, Peter; Rocco Magni; Aristocrat-LW-Cov |
| **Cc:** | Joseph Grinstein; Neal Manne; Erik Wilson; Stacy Schulze; LNW382; Phil Erwin; jdsmith@spencerfane.com |
| **Subject:** | RE: Aristocrat Technologies, Inc., et al. v. Light & Wonder, Inc., et al. |
| **Date:** | Friday, December 6, 2024 9:14:27 PM |
| **Attachments:** | image001.png |

Peter,

We write to provide a further update regarding LNW's injunction compliance search.



Thank you,
Andrew

**Andrew Nassar**

Associate | Susman Godfrey LLP

212.729.2077 (direct) | 412.298.9227 (cell)

---

**From:** Swanson, Peter <pswanson@cov.com>
**Sent:** Friday, December 6, 2024 5:59 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Aristocrat-LW-Cov <Aristocrat-LW-Cov@cov.com>
**Cc:** Joseph Grinstein <jgrinstein@susmangodfrey.com>; Neal Manne <NMANNE@SusmanGodfrey.com>; Erik Wilson <EWilson@susmangodfrey.com>; Andrew Nassar <ANassar@susmangodfrey.com>; Stacy Schulze <SSCHULZE@SusmanGodfrey.com>; LNW382 <LNW382@jonesday.com>; Phil Erwin <pre@cwlawlv.com>; jdsmith@spencerfane.com
**Subject:** RE: Aristocrat Technologies, Inc., et al. v. Light & Wonder, Inc., et al.

EXTERNAL Email
Rocco:

Thank you for the email.  Can you please explain how L&W intends to expand its search to "include titles beyond Dragon Train"?

Please also identify the REDACTED in L&W's production and provide the further

**7**

update that you indicated would be coming by later this week.

Regards,
Peter

**Peter Swanson**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5111 | pswanson@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Saturday, November 30, 2024 3:59 PM
**To:** Aristocrat-LW-Cov <Aristocrat-LW-Cov@cov.com>
**Cc:** Joseph Grinstein <jgrinstein@susmangodfrey.com>; Neal Manne <NMANNE@SusmanGodfrey.com>; Erik Wilson <EWilson@susmangodfrey.com>; Andrew Nassar <ANassar@susmangodfrey.com>; Stacy Schulze <SSCHULZE@SusmanGodfrey.com>; LNW382 <LNW382@jonesday.com>; Phil Erwin <pre@cwlawlv.com>
**Subject:** Aristocrat Technologies, Inc., et al. v. Light & Wonder, Inc., et al.

[EXTERNAL]
Counsel,

To narrow the issues before the court, LNW will expand its injunction compliance search to include titles beyond Dragon Train out of an abundance of caution. REDACTED

We will be including REDACTED as part of our injunction compliance protocol and will provide further updates later this week.

--

Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519

**Firm Bio**

This e-mail may contain privileged and confidential information.  If you received this message in error, please notify the sender and delete it immediately.