NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
       jdsmith@spencerfane.com
       tbthomas@spencerfane.com

PETER A. SWANSON
(*pro hac vice*)
GARY M. RUBMAN
(*pro hac vice*)
SIMEON BOTWINICK
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email:  pswanson@cov.com
        grubman@cov.com
        sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-Defendants
Aristocrat Technologies, Inc. and
Aristocrat Technologies Australia Pty Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD.,<br><br>Plaintiffs/Counterclaim-Defendants,<br>v.<br><br>LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION,<br><br>Defendants/Counterclaim-Plaintiffs. | Case No. 2:24-cv-00382-GMN-MDC<br><br>**STIPULATION RE PENDING MOTION FOR LEAVE TO FILE UNDER SEAL (ECF NO. 179) PURSUANT TO JANUARY 23, 2025 ORDER (ECF NO. 195)** |

1  Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (together, "Aristocrat") and Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation (together, "L&W"), respectfully submit this stipulation pursuant to the Court's January 23, 2025 order, ECF No. 195, regarding the status of Aristocrat's Motion for Leave to File Under Seal Portions of Plaintiffs' Unopposed Motion for the Issuance of a Letter of Request For International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence, ECF No. 179.

Of the materials subject to Aristocrat's sealing motion, the parties agree and stipulate that Exhibits D and E, ECF No. 178-1 at Appn. 122–23, as well as the portions of Aristocrat's unopposed Hague Convention motion referring to those exhibits, *see* ECF No. 178 at 2:20–22, 3:1–2, should now be unsealed. *See* ECF No. 190 at 1 n.1. As to the other redacted portion of Aristocrat's unopposed Hague Convention motion, *see* ECF No. 178 at 2:10–11 (citing ECF No. 77-8), L&W continues to request sealing under the "good cause" standard because that portion references information the Court previously sealed under the "compelling reasons" standard. *See* ECF No. 110 (granting motion to seal ECF No. 77-8); *see also* ECF No. 195 at 2. Aristocrat takes no position as to L&W's request.

Dated: February 3, 2025

/s/ *Philip R. Erwin*

PHILIP R. ERWIN, ESQ.
(Nevada Bar No. 11563)
**CAMPELL & WILLIAMS**
710 South Seventh Street
Las Vegas, NV 89101
Tel.: (702) 382-5222
Email: pre@cwlawlv.com

NEAL MANNE
(*pro hac vice*)
JOESEPH GRINSTEIN
(*pro hac vice*)
ROCCO MAGNI
(*pro hac vice*)
**SUSMAN GODFREY L.L.P**

Dated: February 3, 2025

/s/ *Jason D. Smith*

NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
        jdsmith@spencerfane.com
        tbthomas@spencerfane.com

PETER SWANSON

1000 Louisiana, Suite 5100
Houston, Texas 77002
Tel.: (713) 651-9366
Email: nmanne@susmangodfrey.com
    jgrinstein@susmangodfrey.com
    rmagni@susmangodfrey.com

ERIK WILSON
(*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: (310) 789-3100
Email: ewilson@susmangodfrey.com

DINIS CHEIAN
(*pro hac vice*)
ANDREW NASSAR
(*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West
New York, New York 10001-8602
Tel.: (212) 729-2077
Email: dcheian@susmangodfrey.com
    anassar@susmangodfrey.com

*Attorneys for Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation.*

(*pro hac vice*)
GARY RUBMAN
(*pro hac vice*)
SIMEON BOTWINICK
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
    grubman@cov.com
    sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025, a true and correct copy of the foregoing **STIPULATION RE PENDING MOTION FOR LEAVE TO FILE UNDER SEAL (ECF NO. 179) PURSUANT TO JANUARY 23, 2025 ORDER (ECF NO. 195)** was electronically served via the United States District Court CM/ECF system on all parties or persons registered for notice.

/s/ *Marissa Vallette*
An employee of SPENCER FANE LLP