UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Aristocrat Technologies, Inc., et al.,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br><br>Light & Wonder, Inc., et al.,<br><br>　　　　　Defendant(s). | 2:24-cv-00382-GMN-MDC<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO SEAL (ECF NO. 176) AS MOOT AND GRANTING THE PARTIES' STIPULATION (ECF NO. 196)** |

　　　　Plaintiffs' Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. a *Motion for Leave to File Under Seal Portions of Plaintiff's Unopposed Motion for the Issuance of a Letter of Request For International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence* ("Motion"). ECF No. 179. The parties also filed a Stipulation in light of the District Judge's Order regarding sealing. ECF No. 196. The Court DENIES the Motion as moot and GRANTS the Stipulation.

　　　　The Ninth Circuit has emphasized a strong presumption in favor of access to court records and documents. *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). This general right to public documents, however, is not absolute. *Nixon v. Warner Commc'ns*, 435 U.S. 589, 598 (1978). Local Rule IA 10-5 explains that a party may file a document with the court under seal if accompanied by a motion for leave to file those documents under seal. A party seeking to seal documents in support of a non-dispositive motion must only show "good cause" exists to seal the documents in question. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). A party otherwise seeking to seal a judicial record bears the burden of presenting "compelling reasons." *Kamakana*, 447 F.3d at 1178-79.

Per the parties' agreement, the Court directs the parties to file a notice that contains unsealed and unredacted versions of (1) Exhibits D and E, which is sealed at ECF No. 178-1 at Appn. 122–23, as well as (2) the portions of Aristocrat's unopposed Hague Convention motion referring to those exhibits (referenced at ECF No. 178 at 2:20–22, 3:1–2). The parties also agree that the other redacted portion of Aristocrat's unopposed Hague Convention motion (see ECF No. 178 at 2:10–11, citing ECF No. 77-8), should be sealed under the "good cause" standard because that portion references information the Court previously sealed under the "compelling reasons" standard. See ECF No. 110 (granting motion to seal ECF No. 77-8); see also ECF No. 195 at 2 The Court has reviewed the referenced information. The Court finds that since L&W has met the higher compelling reasons standard, then L&W has also met the good cause standard, so this information will remain sealed at this time.

IT IS ORDERED THAT:

1. Plaintiff's *Motion for Leave to File Under Seal Portions of Plaintiff's Unopposed Motion for the Issuance of a Letter of Request For International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence* (ECF No. 179) is DENIED AS MOOT.
2. The parties' Stipulation (ECF No. 196) is GRANTED.
3. The parties are DIRECTED to file their NOTICE that contains unsealed and unredacted versions of the documents described in this Order by **February 17, 2025**.

Dated: February 11, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge