JONES DAY
HAROLD K. GORDON, ESQ.
(*pro hac vice*)
hkgordon@jonesday.com
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

JONES DAY
RANDALL E. KAY, ESQ.
(*pro hac vice*)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1139
Facsimile: (844) 345-3178

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

JONES DAY
ANNA E. RAIMER, ESQ.
(*pro hac vice*)
aeraimer@jonesday.com
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3786
Facsimile: (832) 239-3600

*Attorneys for Defendants*
*Light & Wonder, Inc., LNW Gaming, Inc.,*
*and SciPlay Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br>Plaintiffs, <br><br>vs. <br><br>LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br>Defendants. | CASE NO.: 2:24-cv-00382-GMN-MDC <br><br>**MOTION TO WITHDRAW AS COUNSEL** |

1

Pursuant to LR IA 11-6(b) of the Local Rules of the District of Nevada, Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation (collectively, "Defendants" or "L&W") respectfully move the Court to withdraw the law firm of Jones Day and Harold K. Gordon, Randall E. Kay and Anna E. Raimer as counsel of record for L&W. The undersigned counsel and the law firm of Susman Godfrey LLP have already entered appearances on behalf of L&W and will continue to serve as counsel for Defendants. Thus, there will be no delay if this Motion is granted.

For these reasons, L&W respectfully requests that the Court enter an order withdrawing the law firm of Jones Day and Harold K. Gordon, Randall E. Kay and Anna E. Raimer as counsel of record for L&W.

Dated: January 16, 2025

CAMPBELL & WILLIAMS

By: */s/ Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101

JONES DAY
HAROLD K. GORDON, ESQ.
(*pro hac vice*)
RANDALL E. KAY, ESQ.
(*pro hac vice*)
ANNA E. RAIMER, ESQ.
(*pro hac vice*)

*Attorneys for Defendants
Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation*

IT IS SO ORDERED

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 2-12-25

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2025, I caused a true and correct copy of the foregoing **Motion to Withdraw as Counsel** to be served via the United States District Court CM/ECF system on all parties or persons requiring notice.

*Additional Courtesy Copy Via Email to:*

John L. Cuddihy
Senior Vice President and Deputy General Counsel
Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation
6601 Bermuda Road
Las Vegas, NV 89119
Email: jcuddihy@lnw.com

/s/ *Philip R. Erwin*
An employee of Campbell & Williams