1  NICHOLAS J. SANTORO
   (Nevada Bar No. 532)
2  JASON D. SMITH
   (Nevada Bar No. 9691)
3  TYLER B. THOMAS
   (Nevada Bar No. 16637)
4  **SPENCER FANE LLP**
   300 South 4th Street, Suite 1600
5  Las Vegas, NV 89101
   Tel.: (702) 408-3400
6  Email: nsantoro@spencerfane.com
          jdsmith@spencerfane.com
7         tbthomas@spencerfane.com

8  PETER A. SWANSON                          ZIWEI SONG
   (*pro hac vice*)                          (*pro hac vice*)
9  GARY M. RUBMAN                            **COVINGTON & BURLING LLP**
   (*pro hac vice*)                          Salesforce Tower
10 SIMEON BOTWINICK                          415 Mission Street, Suite 5400
   (*pro hac vice*)                          San Francisco, CA 94105-2533
11 **COVINGTON & BURLING LLP**               Tel.: (415) 591-6000
   One CityCenter                            Email: ksong@cov.com
12 850 Tenth Street, NW
   Washington, DC 20001
13 Tel.: (202) 662-6000
   Email:   pswanson@cov.com
14          grubman@cov.com
            sbotwinick@cov.com
15
   *Attorneys for Plaintiffs/Counterclaim-Defendants*
16 *Aristocrat Technologies, Inc. and*
   *Aristocrat Technologies Australia Pty Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs/Counterclaim-Defendants, <br> v. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants/Counterclaim-Plaintiffs. | Case No. 2:24-cv-00382-GMN-MDC <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

1   IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. ("Aristocrat") and Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation ("L&W"), by and through their respective counsel, that L&W shall have an additional fourteen days to file a responsive pleading to Aristocrat's Second Amended Complaint (ECF No. 206). L&W's original deadline to file a responsive pleading is March 28, 2025. With an additional fourteen days, L&W's deadline to file a responsive pleading is extended to April 11, 2025.

Good cause exists for the extension set forth herein given the complexity of claims and defenses at issue in this action.

/ / /

/ / /

/ / /

1  This is the first extension requested for L&W to file a responsive pleading to Aristocrat's
2  Second Amended Complaint and is not made for any improper purposes, such as delay.
3  IT IS SO STIPULATED this 14th day of March 2025.

| | |
|---|---|
| */s/ Jason D. Smith* | */s/ Philip R. Erwin* |
| NICHOLAS J. SANTORO (NBN 532) | PHILIP R. ERWIN, ESQ. (NBN 11563) |
| JASON D. SMITH (NBN 9691) | **CAMPBELL & WILLIAMS** |
| TYLER B. THOMAS (NBN 16637) | 710 South Seventh Street |
| **SPENCER FANE LLP** | Las Vegas, Nevada 89101 |
| 300 South Fourth Street, Suite 1600 | Telephone: (702) 382-5222 |
| Las Vegas, Nevada 89101 | Email: pre@cwlawlv.com |
| Tel.: (702) 408-3400 / Fax: (702) 938-8648 | |
| Email: nsantoro@spencerfane.com | NEAL MANNE (*pro hac vice*) |
|     jdsmith@spencerfane.com | JOESEPH GRINSTEIN (*pro hac vice*) |
|     tbthomas@spencerfane.com | ROCCO MAGNI (*pro hac vice*) |
| | **SUSMAN GODFREY L.L.P** |
| PETER SWANSON (*pro hac vice*) | 1000 Louisiana, Suite 5100 |
| GARY RUBMAN (*pro hac vice*) | Houston, Texas 77002 |
| SIMEON BOTWINICK (*pro hac vice*) | Telephone: (713) 651-9366 |
| **COVINGTON & BURLING LLP** | Email: nmanne@susmangodfrey.com |
| One CityCenter |     jgrinstein@susmangodfrey.com |
| 850 Tenth Street, NW |     rmagni@susmangodfrey.com |
| Washington, DC 20001 | |
| Tel.: (202) 662-6000 | ERIK WILSON (*pro hac vice*) |
| Email: pswanson@cov.com | **SUSMAN GODFREY L.L.P** |
|     grubman@cov.com | 1900 Avenue of the Stars, Suite 1400 |
|     sbotwinick@cov.com | Los Angeles, California 90067 |
| | Telephone: (310) 789-3100 |
| ZIWEI SONG (*pro hac vice*) | Email: ewilson@susmangodfrey.com |
| **COVINGTON & BURLING LLP** | |
| Salesforce Tower | DINIS CHEIAN (*pro hac vice*) |
| 415 Mission Street, Suite 5400 | ANDREW NASSAR (*pro hac vice*) |
| San Francisco, CA 94105-2533 | **SUSMAN GODFREY L.L.P** |
| Tel.: (415) 591-6000 | One Manhattan West, 50th Fl. |
| Email: ksong@cov.com | New York, NY 10001 |
| | Telephone: (212) 336-8330 |
| *Attorneys for Plaintiffs* | Email: anassar@susmangodrey.com |
| | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  3-19-25

- 2 -