# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Aristocrat Technologies, Inc., et al, <br><br> Plaintiff(s), <br><br> vs. <br><br> Light & Wonder, Inc., et al, <br><br> Defendant(s). | 2:24-cv-00382-GMN-MDC <br><br> **ORDER SETTING HEARING** |

IT IS ORDERED that the parties shall appear **in-person at 11:00 a.m. on June 23, 2025 in Courtroom 3C** on the parties':

1. *Stipulation Regarding Discovery Dispute (ECF No. 216);*

2. *Stipulation Regarding Discovery Dispute (ECF No. 217);*

3. *Sealed Stipulation Regarding Discovery Dispute (ECF No. 218);* and

4. *Motion to Seal Document (ECF No. 219).*

Dated: April 25, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge