**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Aristocrat Technologies, Inc., et al.

          Plaintiff(s),

vs.

Light & Wonder, Inc., et al.

          Defendant(s).

Case #2:24-cv-00382-GMN-MDC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

      Ashley L. McMillian, Petitioner, respectfully represents to the Court:
      (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

      Susman Godfrey LLP
      (firm name)

with offices at   1000 Louisiana Street, Suite 5100
      (street address)

Houston, Texas, 77002
(city) (state) (zip code)

(713) 651-9366, amcmillian@susmangodfrey.com
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Light & Wonder, LNW Gaming, SciPlay Corp. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 11/06/2009 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of Texas | 11/06/2009 | 24070252 |
| Supreme Court of Illinois | 06/20/2019 | 6331738 |
| USDC Southern District of Texas | 11/01/2012 | 1571928 |
| USDC Eastern District of Texas | 12/27/2011 | |
| USDC Western District of Texas | 05/17/2011 | |
| USDC Northern District of Texas | 04/27/2015 | |
| see attachment 1 | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Texas Bar, Illinois Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2   FOR THE PURPOSES OF THIS CASE ONLY.

*[Petitioner's signature]*

STATE OF _____Texas_____ )
COUNTY OF _____Harris_____ )

_____Ashley L. McMillian_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*[Petitioner's signature]*

Subscribed and sworn to before me this

__30__ day of __April__, __2025__.

_____
Notary Public or Clerk of Court

NAELA OLGUIN
Notary Public, State of Texas
Commission Expires 04-19-2027
Notary ID 12983238-7

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Philip R. Erwin_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____710 S. Seventh Street, Suite A_____,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)            (state)         (zip code)

__(702) 382-5222__, __pre@cwlawlv.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Philip R. Erwin_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ John Cuddihy
(party's signature)

Light & Wonder, Inc., LNW Gaming, Inc., SciPlay Corp.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*
Designated Resident Nevada Counsel's signature

11563                               pre@cwlawlv.com
Bar number                          Email address

APPROVED:

Dated: this __30__ day of __April__, 20_25_.

*[signature]*
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# ATTACHMENT 1

TO VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL OF **ASHLEY L. MCMILLIAN**

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, Eight Circuit | 09/05/2013 | |
| U.S. Court of Appeals, Fifth Circuit | 10/11/2017 | |
| U.S. Court of Appeals, Tenth Circuit | 01/26/2017 | |
| U.S. Court of Appeals, Federal Circuit | 03/26/2014 | |

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Ashley Lauren Denton McMillian**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2009.

I further certify that the records of this office show that, as of this date

**Ashley Lauren Denton McMillian**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 30th day of April, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 4550C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
3/19/2025

Re: Ashley Lauren McMillian
Attorney No. 6331738

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Ashley Lauren McMillian was admitted to practice law in Illinois on 6/20/2019; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar