**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Aristocrat Technologies, Inc., et al.,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>Light & Wonder, Inc., et al.,<br><br>　　　　　　　Defendant(s). | **2:24-cv-00382-GMN-MDC**<br><br>**ORDER DENYING MOTION** |

**IT IS ORDERED that** the *Unopposed MOTION for the Issuance of a Letter of Request* (ECF No. 224) is **DENIED WITHOUT PREJUDICE.** The Request at ECF No. 224-1, pp. 1 and 3, identifies the "sender" and "judicial authority" as the Hon. Gloria M. Navarro but the judicial block at p. 13 is only for the "Hon. Maximiliano D. Couvillier III." The parties may file an amended, corrected, request that includes Judge Couvillier as sender and judicial authority.

DATED this 2nd day of May 2025.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge