IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC., and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> vs. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants/Counterclaim Plaintiffs. | Case No. Case No. <br><br> ORDER TEMPORARILY UNSEALING AUDIO RECORDING |

Jason D. Smith, Esq. of Spencer Fane and Philip R. Erwin, Esq. of Campbell & Williams have submitted a transcript order to this court. The transcript requested is of proceedings that are sealed: Docket No. 247. The transcript is to be prepared by Amber McClane, Transcriber.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Jason D. Smith, Esq. and Philip R. Erwin, Esq., as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this ___25th___ day of June, 2025.

_____
MAXIMILIANO D. COUVILLIER, III
United States Magistrate Judge