PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
CAMPBELL & WILLIAMS
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

NEAL MANNE *(pro hac vice)*
nmanne@susmangodfrey.com
JOSEPH GRINSTEIN *(pro hac vice)*
jgrinstein@susmangodfrey.com
ROCCO MAGNI *(pro hac vice)*
rmagni@susmangodfrey.com
ASHLEY MCMILLIAN *(pro hac vice)*
amcmillian@susmangodfrey.com *(pro hac vice)*
MEGAN E. GRIFFITH *(pro hac vice)*
mgriffith@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

ERIK WILSON *(pro hac vice)*
ewilson@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

DINIS CHEIAN *(pro hac vice)*
dcheian@susmangodfrey.com
ANDREW NASSAR *(pro hac vice)*
anassar@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Defendants Light & Wonder, Inc.,
LNW Gaming, Inc., and SciPlay Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiff, <br><br> v. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br> Defendant. | Case No. 2:24-cv-00382-GMN-MDC <br><br> **DEFENDANTS' RESPONSE IN PARTIAL SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

1

Pursuant to LR IA 10-5 of the Local Rules of the District of Nevada, Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation (collectively "L&W") respectfully submit this response in partial support of certain portions of Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.'s ("Aristocrat") Motion for Leave to File Under Seal Portions of Plaintiffs' Motion to Modify Second Amended Stipulated Discovery Plan and Scheduling Order ("Motion").

## MEMORANDUM OF POINT AND AUTHORITIES

L&W joins Aristocrat's request to seal certain portions of the Motion and to seal Exhibit A. L&W further requests that the Court seal Exhibits B, C, and D.

Sealing is warranted upon a showing of "good cause" where, as here, the sealing relates to a "discovery motion unrelated to the merits of a case." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097–98 (9th Cir. 2016); *see also* ECF No. 195 at 1 ("Since this is a discovery issue, the lower "good cause" standard applies in this instance to seal the information in question.") citing *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179–80 (9th Cir. 2006)). This is because "[m]aterials submitted to a court for its consideration of a discovery motion are actually one step further removed in public concern from the trial process than the discovery materials themselves." *United States v. Sleugh*, 896 F.3d 1007, 1015 (9th Cir. 2018) (internal quotations omitted). Therefore, "[f]or good cause to exist, the party seeking protection bears the burden of showing specific prejudice or harm will result if no protective order is granted." *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002).

Good cause exists to seal certain portions of the Motion and Exhibits A, B, C, and D. These materials contain non-public, competitively sensitive development and math information concerning L&W's games. Redacted portions of the motion contain nonpublic details relating to the mathematical design of several L&W games, including certain unreleased games. And Exhibits A, B, C, and D each contain nonpublic information about L&W's internal processes for game development, as well as nonpublic information about the mathematical design of both released and unreleased L&W games.

The unprotected disclosure of L&W's internal game development processes to competitors

would result in economic or competitive injury to L&W. Even a "glimpse" into business and development strategies could harm L&W's "competitive standing." *See Rimini St., Inc. v. Oracle Int'l Corp.*, 2019 WL 2358389, at *1–2 (D. Nev. June 4, 2019). And information "about unreleased products" should be sealed because competitors could use the information "to position themselves to undercut" L&W. *See Apple, Inc. v. Samsung Elecs. Co.*, 2012 WL 5988570 (N.D. Cal. Nov. 29, 2012), *rev'd and remanded on other grounds*, 727 F.3d 1214 (Fed. Cir. 2013). Accordingly, the Court has previously permitted sealing similar information, *see e.g.*, ECF No. 100 at 1 n.1; ECF No. 110, ECF No. 137, ECF No. 190 at 1 n.1, and L&W respectfully requests that it do so again here.

L&W takes no position on the sealing of any Aristocrat information that Aristocrat seeks to seal in the Motion.

Dated:    July 29, 2025

By: /s/ *Philip R. Erwin*
**CAMPBELL & WILLIAMS**
PHILIP R. ERWIN, ESQ.
710 South Seventh Street
Las Vegas, Nevada 89101

**SUSMAN GODFREY L.L.P.**
NEAL MANNE (*pro hac vice*)
JOESEPH GRINSTEIN (*pro hac vice*)
ROCCO MAGNI (*pro hac vice*)
ASHLEY MCMILLIAN (*pro hac vice*)
MEGAN E. GRIFFITH (*pro hac vice*)
1000 Louisiana, Suite 5100
Houston, Texas 77002

**SUSMAN GODFREY L.L.P.**
ERIK WILSON (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067

**SUSMAN GODFREY L.L.P.**
DINIS CHEIAN (*pro hac vice*)
ANDREW NASSAR (*pro hac vice*)
One Manhattan West, 50th Fl.
New York, NY 10001

*Attorneys for Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2025, I caused a true and correct copy of the foregoing **DEFENDANTS' RESPONSE IN PARTIAL SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** to be served electronically via electronic mail to the addresses of the following counsel of record:

NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
SPENCER FANE LLP
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308
Email: nsantoro@spencerfane.com
jsmith@spencerfane.com
tbthomas@spencerfane.com

ZIWEI SONG
(pro hac vice)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

PETER SWANSON
(pro hac vice)
GARY RUBMAN
(pro hac vice)
SIMEON BOTWINICK
(pro hac vice)
MATTHEW KUDZIN
(pro hac vice)
ALEXANDER TRZECIAK
(pro hac vice)
DANIEL FARNOLY
(pro hac vice)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
grubman@cov.com   sbotwinick@cov.com
mkudzin@cov.com   atrzeciak@cov.com
dfarnoly@cov.com


　　　　　*/s/ Philip R. Erwin*
　　　　　Campbell & Williams