NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
       jdsmith@spencerfane.com
       tbthomas@spencerfane.com

PETER A. SWANSON *(pro hac vice)*
GARY M. RUBMAN *(pro hac vice)*
MATTHEW KUDZIN *(pro hac vice)*
ALEXANDER TRZECIAK *(pro hac vice)*
DANIEL FARNOLY *(pro hac vice)*
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com; grubman@cov.com
       mkudzin@cov.com; atrzeciak@cov.com
       dfarnoly@cov.com

ZIWEI SONG
*(pro hac vice)*
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-Defendants
Aristocrat Technologies, Inc. and
Aristocrat Technologies Australia Pty Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants/Counterclaim-Plaintiffs. | Case No. 2:24-cv-00382-GMN-MDC <br><br> **AMENDED NOTICE OF WITHDRAWAL AND DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Simeon Botwinick, *pro hac vice* counsel for Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (collectively, "Aristocrat"), is no longer be associated or affiliated with the law firm COVINGTON & BURLING and thus no longer counsel of record for Aristocrat. Aristocrat shall continue to be represented by local counsel Nicholas J. Santoro, Jason D. Smith, and Tyler B. Thomas, of the law firm SPENCER FANE, and *pro hac vice* counsel Peter A. Swanson, Gary M. Ruban, Matthew Kudzin, Alexander Trzeciak, Ziwei Song, and Daniel Farnoly, of the law firm COVINGTON & BURLING.

Accordingly, please update all service lists and direct all future correspondence and documents for Aristocrat as follows:

| | |
|---|---|
| Nicholas J. Santoro, Esq.<br>Jason D. Smith, Esq.<br>Tyler B. Thomas, Esq.<br>**SPENCER FANE LLP**<br>300 South 4th Street, Suite 1600<br>Las Vegas, Nevada 89101<br>Tel.: (702) 408-3400<br>Email: nsantoro@spencerfane.com<br>         jdsmith@spencerfane.com<br>         tbthomas@spencerfane.com | Peter A. Swanson (*pro hac vice*)<br>Gary M. Rubman (*pro hac vice*)<br>Matthew Kudzin (*pro hac vice*)<br>Alexander Trzeciak (*pro hac vice*)<br>Daniel Farnoly (*pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Tel.: (202) 662-6000<br>Email: pswanson@cov.com; grubman@cov.com<br>         mkudzin@cov.com atrzeciak@cov.com<br>         dfarnoly@cov.com |
| | Ziwei Song (*pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>Tel.: (415) 591-6000<br>Email: ksong@cov.com |

**IT IS SO ORDERED.**

**DATE:** 9-4-25

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

- 2 -

Dated: July 22, 2025

/s/ *Jason D. Smith*

NICHOLAS J. SANTORO (NBN 532)
JASON D. SMITH (NBN 9691)
TYLER B. THOMAS (NBN 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Email: nsantoro@spencerfane.com
         jdsmith@spencerfane.com
         tbthomas@spencerfane.com

PETER A. SWANSON *(pro hac vice)*
GARY M. RUBMAN *(pro hac vice)*
MATTHEW KUDZIN *(pro hac vice)*
ALEXANDER TRZECIAK *(pro hac vice)*
DANIEL FARNOLY *(pro hac vice)*
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Email: pswanson@cov.com; grubman@cov.com
         mkudzin@cov.com atrzeciak@cov.com;
         dfarnoly@cov.com

ZIWEI SONG (*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-Defendants Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.*

- 3 -