1  NICHOLAS J. SANTORO
   (Nevada Bar No. 532)
2  JASON D. SMITH
   (Nevada Bar No. 9691)
3  TYLER B. THOMAS
   (Nevada Bar No. 16637)
4  **SPENCER FANE LLP**
   300 South 4th Street, Suite 1600
5  Las Vegas, Nevada 89101
   Tel.: (702) 408-3400
6  Email: nsantoro@spencerfane.com
          jdsmith@spencerfane.com
7         tbthomas@spencerfane.com

8  PETER A. SWANSON (*pro hac vice*)         ZIWEI SONG
   GARY M. RUBMAN (*pro hac vice*)           (*pro hac vice*)
9  MATTHEW KUDZIN (*pro hac vice*)           **COVINGTON & BURLING LLP**
   ALEXANDER TRZECIAK (*pro hac vice*)       Salesforce Tower
10 DANIEL FARNOLY (*pro hac vice*)           415 Mission Street, Suite 5400
   **COVINGTON & BURLING LLP**               San Francisco, CA 94105-2533
11 One CityCenter                            Tel.: (415) 591-6000
   850 Tenth Street, NW                      Email: ksong@cov.com
12 Washington, DC 20001
   Tel.: (202) 662-6000
13 Email: pswanson@cov.com;
   grubman@cov.com
14 mkudzin@cov.com; atrzeciak@cov.com
   dfarnoly@cov.com

*Attorneys for Plaintiffs/Counterclaim-Defendants
Aristocrat Technologies, Inc. and
Aristocrat Technologies Australia Pty Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., | Case No. 2:24-cv-00382-GMN-MDC |
| Plaintiffs/Counterclaim-Defendants, v. | **MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL BRIEFING** |
| LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, | |
| Defendants/Counterclaim-Plaintiffs. | |

Pursuant to LR IA 10-5 of the Local Rules of the District of Nevada, Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (collectively, "Aristocrat") respectfully move for leave to file under seal limited portions of Aristocrat's Reply in Support of Motion for Leave to Submit Supplemental Briefing ("Reply").

**MEMORANDUM OF POINTS AND AUTHORITIES**

Sealing is warranted upon a showing of "good cause" where, as here, the sealing relates to a "discovery document attached to a non-dispositive motion." *Kamakana v. City and Cnty. Of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Motions for extensions of the case schedule are non-dispositive motions subject to the "good cause" standard for sealing. *See Pac. Nw. Reg'l Council of Carpenters v. Spee West Constr. Co.*, 2023 WL 3224494, at *1–2 (W.D. Wash. May 3, 2023) (applying "good cause" standard and granting motion to seal in conjunction with "documents related to [a] Motion for Extension of Time") (citing *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016)). "For good cause to exist, the party seeking protection bears the burden of showing specific prejudice or harm will result if no protective order is granted." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002) (citing *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992)).

Certain portions of the Reply may contain information that Defendants ("L&W") designated as Confidential or Highly Confidential – Attorneys' Eyes Only under the Amended Stipulated Protective Order. ECF No. 244. While Aristocrat is aware that such a designation alone does not warrant sealing, out of an abundance of caution, Aristocrat has filed this information under seal to allow L&W an opportunity to present reasons, if any, for their sealing. Aristocrat takes no position on whether this information should be sealed.

Filed herewith is a public version of the Reply that redacts the portions in question.

Dated: September 5, 2025

Respectfully submitted,

/s/ *Jason D. Smith*

NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH

- 1 -

|   |   |
|---|---|
| 1 | (Nevada Bar No. 9691) |
| 2 | TYLER B. THOMAS |
|   | (Nevada Bar No. 16637) |
| 3 | **SPENCER FANE LLP** |
|   | 300 South 4th Street, Suite 1600 |
| 4 | Las Vegas, Nevada 89101 |
|   | Tel.: (702) 408-3400 |
| 5 | Email: nsantoro@spencerfane.com |
| 6 |    jdsmith@spencerfane.com |
|   |    tbthomas@spencerfane.com |

PETER SWANSON
(*pro hac vice*)
GARY RUBMAN
(*pro hac vice*)
MATTHEW KUDZIN
(*pro hac vice*)
ALEXANDER TRZECIAK
(*pro hac vice*)
DANIEL FARNOLY
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.:  (202) 662-6000
Email:  pswanson@cov.com
   grubman@cov.com
   sbotwinick@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-Defendants Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on this September 5, 2025, a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL BRIEFING was electronically filed and served upon the parties registered for service with the Court's Case Management and Electronic Case Filing (CM/ECF) system:

PHILIP R. ERWIN, ESQ.
(Nevada Bar No. 11563)
**CAMPELL & WILLIAMS**
710 South Seventh Street
Las Vegas, NV 89101
Email: pre@cwlawlv.com

NEAL MANNE (*pro hac vice*)
JOESEPH GRINSTEIN (*pro hac vice*)
ROCCO MAGNI (*pro hac vice*)
ASHLEY MCMILLIAN (*pro hac vice*)
MEGAN GRIFFITH (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana, Suite 5100
Houston, Texas 77002
Email: nmanne@susmangodfrey.com
       jgrinstein@susmangodfrey.com
       rmagni@susmangodfrey.com
       amcmillian@susmangodfrey.com
       mgriffith@susmangodfrey.com

ERIK WILSON (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Email: ewilson@susmangodfrey.com

DINIS CHEIAN (*pro hac vice*)
ANDREW NASSAR (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West
New York, New York 10001-8602
Email: dcheian@susmangodfrey.com
       anassar@susmangodfrey.com

*Attorneys for Defendants/Counterclaim-Plaintiffs Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation*

/s/ *Marissa Vallette*
An employee of SPENCER FANE LLP