NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
         jdsmith@spencerfane.com
         tbthomas@spencerfane.com

PETER A. SWANSON (*pro hac vice*)
GARY M. RUBMAN (*pro hac vice*)
MATTHEW KUDZIN (*pro hac vice*)
ALEXANDER TRZECIAK (*pro hac vice*)
DANIEL FARNOLY (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com;
grubman@cov.com
mkudzin@cov.com; atrzeciak@cov.com
dfarnoly@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-Defendants*
*Aristocrat Technologies, Inc. and*
*Aristocrat Technologies Australia Pty Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants/Counterclaim-Plaintiffs. | Case No. 2:24-cv-00382-GMN-MDC <br><br><br> **PLAINTIFFS' RESPONSE IN PARTIAL SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to LR IA 10-5 of the Local Rules of the District of Nevada, Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (collectively, "Aristocrat") respectfully submit this response in partial support of Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation's (collectively, "L&W") Motion for Leave to File Under Seal Portions of Defendants' Opposition to Plaintiffs' Motion for Leave to Submit Supplemental Briefing ("Motion").

## MEMORANDUM OF POINTS AND AUTHORITIES

Sealing is warranted upon a showing of "good cause" where, as here, the sealing relates to a "discovery document attached to a non-dispositive motion." *Kamakana v. City and Cnty. Of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Motions for extensions of the case schedule are non-dispositive motions subject to the "good cause" standard for sealing. *See Pac. Nw. Reg'l Council of Carpenters v. Spee West Constr. Co.*, 2023 WL 3224494, at *1–2 (W.D. Wash. May 3, 2023) (applying "good cause" standard and granting motion to seal in conjunction with "documents related to [a] Motion for Extension of Time") (citing *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101–01 (9th Cir. 2016)). "For good cause to exist, the party seeking protection bears the burden of showing specific prejudice or harm will result if no protective order is granted." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002) (citing *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992)).

Exhibits 1, 5, 6, and 7 to Defendants' Opposition to Plaintiffs' Motion for Leave to Submit Supplemental Briefing (ECF Nos. 280.1, 280.5–.7) reveal details about Aristocrat's confidential and trade secret game design and game math information, including the mathematical designs of Dragon Link and Lightning Link. As Aristocrat has explained in prior submissions—and the Court has previously recognized—this game math and design information is highly confidential to Aristocrat, derives substantial economic value from not being generally known or readily ascertainable, is subject to more than reasonable measures by Aristocrat to maintain its secrecy, and ranks among Aristocrat's most valuable intellectual property. *E.g.*, ECF No. 53 at 3–4; ECF No. 100 at 1 n.1; ECF No. 110. Public disclosure of this information could significantly harm Aristocrat's competitive standing, including by destroying some of its most valuable trade secrets

and enabling competitors to fully analyze and replicate, adapt, or improve upon the games that have dominated the market as Aristocrat's exclusive flagship products for the past decade. *E.g.*, ECF No. 53 at 3–4. The Court has previously permitted sealing of similar information under the "compelling reasons" standard, *e.g.*, ECF No. 100 at 1 n.1; ECF No. 110; ECF No. 137; ECF No. 190 at 1 n.1, and Aristocrat respectfully requests that it do so again here under the lower "good cause" standard.

Aristocrat takes no position on the sealing of any other information that is the subject of L&W's Motion.

Dated:  September 16, 2025

Respectfully submitted,

/s/ *Jason D. Smith*
NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
        jdsmith@spencerfane.com
        tbthomas@spencerfane.com

PETER SWANSON
(*pro hac vice*)
GARY RUBMAN
(*pro hac vice*)
MATTHEW KUDZIN
(*pro hac vice*)
ALEXANDER TRZECIAK
(*pro hac vice*)
DANIEL FARNOLY
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.:  (202) 662-6000
Email: pswanson@cov.com

grubman@cov.com
mkudzin@cov.com
atrzeciak@cov.com
dfarnoly@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-*
*Defendants Aristocrat Technologies, Inc. and*
*Aristocrat Technologies Australia Pty Ltd.*

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on this September 16, 2025, a true and correct copy of the foregoing

3  PLAINTIFFS' RESPONSE IN PARTIAL SUPPORT OF DEFENDANTS' MOTION FOR

4  LEAVE TO FILE UNDER SEAL was electronically filed and served upon the parties registered

5  for service with the Court's Case Management and Electronic Case Filing (CM/ECF) system:

6

7  PHILIP R. ERWIN, ESQ.                NEAL MANNE (*pro hac vice*)
   (Nevada Bar No. 11563)               JOESEPH GRINSTEIN (*pro hac vice*)
8  **CAMPELL & WILLIAMS**               ROCCO MAGNI (*pro hac vice*)
   710 South Seventh Street             ASHLEY MCMILLIAN (*pro hac vice*)
9  Las Vegas, NV 89101                  MEGAN GRIFFITH (*pro hac vice*)
   Email: pre@cwlawlv.com               **SUSMAN GODFREY L.L.P**
10                                      1000 Louisiana, Suite 5100
                                        Houston, Texas 77002
11                                      Email: nmanne@susmangodfrey.com
12                                            jgrinstein@susmangodfrey.com
                                              rmagni@susmangodfrey.com
13                                            amcmillian@susmangodfrey.com
                                              mgriffith@susmangodfrey.com
14

15                                      ERIK WILSON (*pro hac vice*)
                                        **SUSMAN GODFREY L.L.P**
16                                      1900 Avenue of the Stars, Suite 1400
                                        Los Angeles, California 90067
17                                      Email: ewilson@susmangodfrey.com

18                                      DINIS CHEIAN (*pro hac vice*)
19                                      ANDREW NASSAR (*pro hac vice*)
                                        **SUSMAN GODFREY L.L.P**
20                                      One Manhattan West
                                        New York, New York 10001-8602
21                                      Email: dcheian@susmangodfrey.com
                                              anassar@susmangodfrey.com
22

23  *Attorneys for Defendants/Counterclaim-Plaintiffs Light &*
    *Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation*
24

25

26                                      /s/ Marissa Vallette
27                                      An employee of SPENCER FANE LLP

28