IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants. <br><br>_____ <br><br> AND ALL RELATED CROSSCLAIMS. <br>_____ | Case No. 2:24-cv-00382-GMN-MDC <br><br> <u>ORDER TEMPORARILY</u> <br> <u>UNSEALING AUDIO RECORDING</u> |

    Jason Smith, Esq., and Philip Erwin, Esq., requested a transcript of the October 17, 2025, Sealed Motion Hearing. The transcript is to be prepared by Amber McClane, Court Transcriber.

    **IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Jason Smith, Esq., and Philip Erwin, Esq., as requested.

    **IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

    **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

    **DATED** this __20th__ day of __October__, 2025.

_____
MAXIMILIANO D. COUVILLIER, III
United States Magistrate Judge