NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
       jdsmith@spencerfane.com
       tbthomas@spencerfane.com

PETER A. SWANSON (*pro hac vice*)
GARY M. RUBMAN (*pro hac vice*)
JARED FRISCH (*pro hac vice*)
MATTHEW KUDZIN (*pro hac vice*)
ALEXANDER TRZECIAK (*pro hac vice*)
DANIEL FARNOLY (*pro hac vice*)
LUCAS MOENCH (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
grubman@cov.com; jfrisch@cov.com
mkudzin@cov.com; atrzeciak@cov.com
dfarnoly@cov.com; lmoench@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-Defendants*
*Aristocrat Technologies, Inc. and*
*Aristocrat Technologies Australia Pty Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br>Plaintiffs/Counterclaim-Defendants, <br>v. <br><br>LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br>Defendants/Counterclaim-Plaintiffs. | Case No. 2:24-cv-00382-GMN-MDC <br><br><br>**PLAINTIFFS' RESPONSE IN PARTIAL SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to LR IA 10-5 of the Local Rules of the District of Nevada, Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (collectively, "Aristocrat") respectfully submit this response in partial support of Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation's (collectively, "L&W") Motion for Leave to File Under Seal Portions of Defendants' Response to Plaintiffs' Supplemental Evidence Relating to the Stipulation Regarding Discovery Dispute ("Motion").

## MEMORANDUM OF POINTS AND AUTHORITIES

Sealing is warranted upon a showing of "good cause" where, as here, the sealing relates to a "discovery motion unrelated to the merits of a case." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097–98 (9th Cir. 2016); *see also* ECF No. 195 at 1 ("Since this is a discovery issue, the lower "good cause" standard applies in this instance to seal the information in question.") (citing *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179–80 (9th Cir. 2006)). This is because "[m]aterials submitted to a court for its consideration of a discovery motion are actually one step further removed in public concern from the trial process than the discovery materials themselves." *United States v. Sleugh*, 896 F.3d 1007, 1015 (9th Cir. 2018) (internal quotations omitted). Therefore, "[f]or good cause to exist, the party seeking protection bears the burden of showing specific prejudice or harm will result if no protective order is granted." *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002).

Exhibit 1 to Defendants' Response to Plaintiffs' Supplemental Evidence Relating to the Stipulation Regarding Discovery Dispute (ECF No. 303.2) reveals details about Aristocrat's confidential and trade secret game design and game math information, including the mathematical designs of Dragon Link and Lightning Link. As Aristocrat has explained in prior submissions— and the Court has previously recognized—this game math and design information is highly confidential to Aristocrat, derives substantial economic value from not being generally known or readily ascertainable, is subject to more than reasonable measures by Aristocrat to maintain its secrecy, and ranks among Aristocrat's most valuable intellectual property. *E.g.*, ECF No. 53 at 3– 4; ECF No. 100 at 1 n.1; ECF No. 110. Public disclosure of this information could significantly harm Aristocrat's competitive standing, including by destroying some of its most valuable trade

secrets and enabling competitors to fully analyze and replicate, adapt, or improve upon the games that have dominated the market as Aristocrat's exclusive flagship products for the past decade. *E.g.*, ECF No. 53 at 3–4. The Court has previously permitted sealing of similar information under the "compelling reasons" standard, *e.g.*, ECF No. 100 at 1 n.1; ECF No. 110; ECF No. 137; ECF No. 190 at 1 n.1, and Aristocrat respectfully requests that it do so again here under the lower "good cause" standard.

Aristocrat takes no position on the sealing of any other information that is the subject of L&W's Motion.

Dated: October 28, 2025

Respectfully submitted,

/s/ *Jason D. Smith*
NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
         jdsmith@spencerfane.com
         tbthomas@spencerfane.com

PETER A. SWANSON (pro hac vice)
GARY M. RUBMAN (pro hac vice)
JARED FRISCH (pro hac vice)
MATTHEW KUDZIN (pro hac vice)
ALEXANDER TRZECIAK (pro hac vice)
DANIEL FARNOLY (pro hac vice)
LUCAS MOENCH (pro hac vice)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
grubman@cov.com; jfrisch@cov.com
mkudzin@cov.com; atrzeciak@cov.com
dfarnoly@cov.com; lmoench@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-Defendants Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this October 28, 2025, a true and correct copy of the foregoing PLAINTIFFS' RESPONSE IN PARTIAL SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL was electronically filed and served upon the parties registered for service with the Court's Case Management and Electronic Case Filing (CM/ECF) system:

/s/ *Marissa Vallette*
An employee of SPENCER FANE LLP