NICHOLAS J. SANTORO (NBN 532)
JASON D. SMITH (NBN 9691)
TYLER B. THOMAS (NBN 16637)
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 938-8648
Email:   nsantoro@spencerfane.com
         jdsmith@spencerfane.com
         tbthomas@spencerfane.com

PETER A. SWANSON (*pro hac vice*)
GARY M. RUBMAN (*pro hac vice*)
JARED R. FRISCH (*pro hac vice*)
MATTHEW KUDZIN (*pro hac vice*)
ALEXANDER TRZECIAK (*pro hac vice*)
DANIEL FARNOLY (*pro hac vice*)
LUCAS MOENCH (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com;
grubman@cov.com; jfrisch@cov.com
mkudzin@cov.com; atrzeciak@cov.com
dfarnoly@cov.com; lmoench@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-Defendants*
*Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs/Counterclaim-Defendants, <br> v. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants/Counterclaim-Plaintiffs. | Case No. 2:24-cv-00382-GMN-MDC <br><br> **EMERGENCY MOTION TO PROVISIONALLY SEAL DISCOVERY ORDER (ECF NO. 323)** |

Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (together, "Aristocrat") respectfully submits this emergency motion to provisionally seal the discovery order filed today at ECF No. 323. Portions of that order contain references to and reveal aspects of Aristocrat's trade secret and confidential information. The same order also granted Aristocrat's request to seal this information. ECF No. 323 at 9. Aristocrat will provide a supplemental submission with proposed redactions narrowly tailored to protect this information, but in the meantime requests that the Court (1) immediately place the entire order provisionally under seal, and (2) issue an order that anyone who accessed the unredacted order must promptly destroy all copies in their possession.

Time is of the essence because this information is currently available on the public docket and can be downloaded, stored, or shared by anyone, including members of the media, docket scraping services, and Aristocrat's competitors. As the Court has recognized, this information "derives substantial economic value from not being generally known or readily ascertainable" and public disclosure of this information poses a substantial risk of causing significant and irreversible harm to Aristocrat. *See* ECF No. 323 at 8–9.

Before filing this emergency motion, counsel for both parties attempted to call and left a voicemail with the Court confirming that defendants do not oppose Aristocrat's request to provisionally seal ECF No. 323.

Dated:  November 24, 2025

**IT IS ORDERED** that the unopposed Emergency Motion to temporarily seal (ECF No. 324) by plaintiff is **GRANTED. IT IS FURTHER ORDERED** that the Court's Order 323 shall be temporarily sealed and anyone who may have accessed the unredacted order must promptly destroy all copies in their possession.  The parties shall have until December 2, 2025, to file a brief further addressing the matter and propose redactions for consideration.

_____

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
11/24/25

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

s/  PeterSwanson
NICHOLAS J. SANTORO
(Nevada Bar No. 532)
JASON D. SMITH
(Nevada Bar No. 9691)
TYLER B. THOMAS
(Nevada Bar No. 16637)
SPENCER FANE LLP
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
jdsmith@spencerfane.com
tbthomas@spencerfane.com
PETER SWANSON (*pro hac vice*)
GARY RUBMAN
(*pro hac vice*)
JARED FRISCH
(*pro hac vice*)
MATTHEW KUDZIN
(*pro hac vice*)
ALEXANDER TRZECIAK
*(pro hac vice)*
DANIEL J. FARNOLY
*(pro hac vice)*
LUCAS MOENCH
(*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW Washington,
DC 20001
Tel.:  (202) 662-6000
Email:  pswanson@cov.com

grubman@cov.com
jfrisch@cov.com
mkudzin@cov.com
atrzeciak@cov.com
dfarnoly@cov.com
lmoench@cov.com

ZIWEI SONG
(*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email:  ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-*
*Defendants Aristocrat Technologies, Inc.*
*and Aristocrat Technologies Australia Pty*
*Ltd.*

- 2 -

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, a true and correct copy of the foregoing **EMERGENCY MOTION TO PROVISIONALLY SEAL DISCOVERY ORDER (ECF NO. 323)** was electronically served via the United States District Court CM/ECF system on all parties or persons registered for notice.

6

7

8

/s/ *Julie Romanow*
An employee of COVINGTON & BURLING LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28