# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Aristocrat Technologies, Inc., et al,<br><br>               Plaintiff(s),<br><br>vs.<br><br>Light & Wonder, Inc., et al,<br><br>               Defendant(s). | 2:24-cv-00382-GMN-MDC<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER (ECF NO. 320) AND GRANTING THE MOTIONS TO SEAL (ECF NOS. 322 AND 331)** |

      The Court has reviewed plaintiffs' *Motion to Amend Discovery Plan and Scheduling Order* (ECF No. 320) and related briefs.

      **IT IS ORDERED** that the related *Motions to Seal* at ECF Nos. 322 and 331 are **GRANTED.** The documents sought to be sealed are unredacted portions of briefs and exhibits that concern discovery, non-dispositive matters, and the parties have shown good cause to support filing such unredacted documents under seal. See *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and its progeny.

      **IT IS FURTHER ORDERED** that plaintiff's *Motion to Amend Discovery Plan and Scheduling Order* (ECF No. 320) is **DENIED**. The Court finds the parties did not meaningfully meet and confer. In addition, the parties shall comply with the Court's 8/26/24 Standing Order (ECF No. 97), particularly engaging in meaningful and earnest meet and confer, to address this discovery dispute.

Dated: December 5, 2025.

                                                              _____
                                                              Hon. Maximiliano D. Couvillier III
                                                               United States Magistrate Judge