NICHOLAS J. SANTORO (NBN 532)
JASON D. SMITH (NBN 9691)
TYLER B. THOMAS (NBN 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email:  nsantoro@spencerfane.com
        jdsmith@spencerfane.com
        tbthomas@spencerfane.com

PETER A. SWANSON (*pro hac vice*)
GARY M. RUBMAN (*pro hac vice*)
JARED FRISCH (*pro hac vice*)
MATTHEW KUDZIN (*pro hac vice*)
ALEXANDER TRZECIAK (*pro hac vice*)
DANIEL FARNOLY (*pro hac vice*)
LUCAS MOENCH (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email:  pswanson@cov.com
        grubman@cov.com; jfrisch@cov.com;
        mkudzin@cov.com; atrzeciak@cov.com;
        dfarnoly@cov.com; lmoench@cov.com

ZIWEI SONG (*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs Aristocrat Technologies, Inc. and*
*Aristocrat Technologies Australia Pty Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD.,<br><br>       Plaintiffs,<br><br>v.<br><br>LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION,<br><br>       Defendants. | Civil Case No.: 2:24-cv-00382-GMN-MDC<br><br>**ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE COUVILLIER'S DISCOVERY ORDER** |

Pursuant to Federal Rule of Civil Procedure 6, LR IA 6-1, and LR IA 6-2, Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (together, "Aristocrat") respectfully submit this unopposed motion to extend the time for Aristocrat to respond to L&W's December 8, 2025 objection, ECF No. 333, to Magistrate Judge Couvillier's discovery order of November 24, 2025, ECF No. 323. This is the first request for an extension of Aristocrat's response deadline.

*                    *                    *

On November 24, 2025, Magistrate Judge Couvillier issued an order resolving multiple discovery disputes and related sealing motions. ECF No. 323.

On December 8, 2025, L&W filed an objection to Magistrate Judge Couvillier's order insofar as that order found that L&W had waived privileged over, and compelled L&W to produce, certain materials relating to L&W's investigation into Aristocrat's allegations of trade secret misappropriation. ECF No. 333. Aristocrat's current deadline to respond to L&W's objection is December 22, 2025. LR IB 3-1(a).

Aristocrat submits that good cause supports a three-week extension of Aristocrat's response deadline in light of counsel's travel schedules, the upcoming holidays, and multiple discovery-related workstreams that the parties have actively been engaged in since L&W filed its objection. Aristocrat therefore respectfully requests a three-week extension of its response deadline from December 22, 2025, to January 12, 2026.

L&W has confirmed that it does not oppose this request.

**IT IS HEREBY ORDERED** that Aristocrat must file a Response to L&W's Objection, (ECF No. 333), no later than January 12, 2026.

IT IS SO ORDERED

**DATED** this  19  day of December, 2025

_____
Gloria M. Navarro, District Judge
United States District Court

- 1 -

Dated: December 18, 2025

/s/ *Jason D. Smith*

NICHOLAS J. SANTORO (NBN 532)
JASON D. SMITH (NBN 9691)
TYLER B. THOMAS (NBN 16637)
SPENCER FANE LLP
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
        jdsmith@spencerfane.com
        tbthomas@spencerfane.com


PETER A. SWANSON (*pro hac vice*)
GARY M. RUBMAN (*pro hac vice*)
JARED FRISCH (*pro hac vice*)
MATTHEW KUDZIN (*pro hac vice*)
ALEXANDER TRZECIAK (*pro hac vice*)
DANIEL FARNOLY (*pro hac vice*)
LUCAS MOENCH (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
        grubman@cov.com
        jfrisch@cov.com
        mkudzin@cov.com
        atrzeciak@cov.com
        dfarnoly@cov.com
        lmoench@cov.com


ZIWEI SONG (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-
Defendants Aristocrat Technologies, Inc. and
Aristocrat Technologies Australia Pty Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, a true and correct copy of the foregoing **UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE COUVILLIER'S DISCOVERY ORDER** was electronically served via the United States District Court CM/ECF system on all parties or persons registered for notice.

/s/ *Marissa Vallette*
An employee of SPENCER FANE LLP