NICHOLAS J. SANTORO (NBN 532)
JASON D. SMITH (NBN 9691)
TYLER B. THOMAS (NBN 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email:  nsantoro@spencerfane.com
        jsmith@spencerfane.com
        tbthomas@spencerfane.com

PETER A. SWANSON (*pro hac vice*)
GARY M. RUBMAN (*pro hac vice*)
JARED FRISCH (*pro hac vice)*
MATTHEW KUDZIN (*pro hac vice*)
ALEXANDER TRZECIAK (*pro hac vice*)
DANIEL FARNOLY (*pro hac vice*)
LUCAS MOENCH (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email:  pswanson@cov.com
        grubman@cov.com; jfrisch@cov.com;
        mkudzin@cov.com; atrzeciak@cov.com;
        dfarnoly@cov.com; lmoench@cov.com

ZIWEI SONG (*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email:  ksong@cov.com

*Attorneys for Plaintiffs Aristocrat Technologies, Inc. and
Aristocrat Technologies Australia Pty Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC. and ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> LIGHT & WONDER, INC., LNW GAMING, INC., and SCIPLAY CORPORATION, <br><br> Defendants/Counterclaim-Plaintiffs. | Civil Case No.: 2:24-cv-00382-GMN-MDC <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

Plaintiffs Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd. (together, "Aristocrat") and Defendants Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation (together, "L&W"), respectfully submit this stipulation of dismissal pursuant to the parties' settlement agreement dated January 11, 2026 ("Settlement Agreement"). In connection with this stipulation, the parties state the following:

1.      On February 26, 2024, Aristocrat filed the original complaint in this action. ECF No. 1. On March 14, 2025, Aristocrat filed its Second Amended Complaint, which is the operative complaint in this action. ECF No. 206. On April 11, 2025, L&W filed its Answer to Second Amended Complaint and Counterclaims, which are the operative counterclaims in this action. ECF No. 220. Aristocrat filed its Answer to Defendants' Counterclaims on April 25, 2025. ECF No. 221.

2.      On September 23, 2024, the Court granted Aristocrat's motion for a preliminary injunction and enjoined L&W from taking certain actions, including "any continued or planned sale, leasing, or other commercialization of" L&W's Dragon Train game. ECF No. 125. Aristocrat subsequently posted a $1 million bond. ECF No. 130. On July 17, 2025, the parties filed a stipulation and proposed order, which the Court granted, providing that the preliminary injunction also barred "any continued or planned sale, leasing or other commercialization of" L&W's Jewel of the Dragon game. ECF Nos. 254, 265.

3.      L&W acknowledges that Dragon Train and Jewel of the Dragon were developed using mathematical information that Aristocrat contends is proprietary and confidential.

4.      In the Settlement Agreement, L&W has agreed, *inter alia*, (a) not to make any further use of the Aristocrat math information at issue in this action, (b) to permanently destroy all documents in its possession that contain, reflect, or describe the Aristocrat math information, (c) to permanently cease all commercialization of Dragon Train and Jewel of the Dragon, including all land-based and digital versions, and (d) not to offer any other games within these families in the future.

5.      L&W has made a settlement payment to Aristocrat of USD $127.5 million.

- 1 -

6.      The parties have agreed to arbitrate any disputes over L&W's use of Aristocrat math information in connection with certain other L&W games. The parties agree that the time period for Aristocrat to comply with Paragraph 28 of the First Amended Stipulated Protective Order with respect to L&W's Confidentially Designated Material shall commence upon the resolution of all disputes under Section 2 of the Settlement Agreement.

* * * *

**IT IS HEREBY ORDERED** that all claims and counterclaims asserted in this action are dismissed subject to the terms and conditions of the Settlement Agreement, with each party to bear its own attorneys' fees and costs incurred in the action.

**IT IS FURTHER ORDERED** that the preliminary injunction (ECF Nos. 125, 265) shall be vacated. The Clerk of Court is kindly directed to return the $1 million bond (ECF No. 130) to Aristocrat.

**IT IS FURTHER ORDERED** that the Objection / Appeal to Magistrate Judge Order, (ECF No. 333), is **DENIED as moot.**

The Clerk of Court is kindly directed to close this case.

**DATED** this __26__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Dated: February 20, 2026

/s/ *Jason D. Smith*
_____

NICHOLAS J. SANTORO (NBN 532)
JASON D. SMITH (NBN 9691)
TYLER B. THOMAS (NBN 16637)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com

Dated: February 20, 2026

/s/ *Philip R. Erwin*
_____

PHILIP R. ERWIN, ESQ.
(Nevada Bar No. 11563)
**CAMPELL & WILLIAMS**
710 South Seventh Street
Las Vegas, NV 89101
Tel.: (702) 382-5222
Email: pre@cwlawlv.com

jsmith@spencerfane.com
tbthomas@spencerfane.com

PETER A. SWANSON (*pro hac vice*)
GARY M. RUBMAN (*pro hac vice*)
JARED FRISCH (*pro hac vice*)
MATTHEW KUDZIN (*pro hac vice*)
ALEXANDER TRZECIAK (*pro hac vice*)
DANIEL FARNOLY (*pro hac vice*)
LUCAS MOENCH (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: pswanson@cov.com
        grubman@cov.com
        jfrisch@cov.com
        mkudzin@cov.com
        atrzeciak@cov.com
        dfarnoly@cov.com
        lmoench@cov.com

ZIWEI SONG (*pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
Email: ksong@cov.com

*Attorneys for Plaintiffs/Counterclaim-Defendants Aristocrat Technologies, Inc. and Aristocrat Technologies Australia Pty Ltd.*

NEAL MANNE (*pro hac vice*)
JOESEPH GRINSTEIN (*pro hac vice*)
ROCCO MAGNI (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana, Suite 5100
Houston, Texas 77002
Tel.: (713) 651-9366
Email: nmanne@susmangodfrey.com
        jgrinstein@susmangodfrey.com
        rmagni@susmangodfrey.com

ERIK WILSON (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: (310) 789-3100
Email: ewilson@susmangodfrey.com

DINIS CHEIAN (*pro hac vice*)
ANDREW NASSAR (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West
New York, New York 10001-8602
Tel.: (212) 729-2077
Email: dcheian@susmangodfrey.com
        anassar@susmangodfrey.com

*Attorneys for Defendants/Counterclaim-Plaintiffs Light & Wonder, Inc., LNW Gaming, Inc., and SciPlay Corporation*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL** was electronically served via the United States District Court CM/ECF system on all parties or persons registered for notice.

/s/ *Marissa Vallette*
An employee of SPENCER FANE LLP